| Fill in this information to identify your case: |  |
|---|---|
| United States Bankruptcy Court for the: <br> NORTHERN DISTRICT OF ILLINOIS | |
| Case number *(if known)* | Chapter you are filing under: <br> ☐ Chapter 7 <br> ■ Chapter 11 <br> ☐ Chapter 12 <br> ☐ Chapter 13 |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                     12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Agri-Fine, Inc.** | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA   Agri-Fine Corporation** <br> **DBA   Agri-Fine Corp** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **36-3335514** | |
| 4. | Debtor's address | **Principal place of business** <br><br> **2701 E. 100th St.** <br> **Chicago, IL 60617** <br> Number, Street, City, State & ZIP Code <br><br> **Cook** <br> County | **Mailing address, if different from principal place of business** <br><br> **PO Box 17569** <br> **Chicago, IL 60617** <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **www.agri-fine.com** | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership <br> ☐ Other. Specify: | |

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.

__3111__

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
- ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
- ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship to you |
|---|---|---|
| District | When | Case number, if known |

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district?*** | *Check all that apply:* |

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
■ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

■ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

**The Debtor does not believe it owns or possesses any real or personal property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety.**

**In an abundance of caution, however, the following, pending lawsuits allege air quality issues relating to the Debtor's operations at 2701 East 100th St., Chicago, Cook County, Illinois: (1) People of the State of Illinois, ex rel. Lisa Madigan, Attorney General of the State of Illinois v. Agri-Fine, Inc., case 2014 CH 18557, Cook County, Illinois, and (2) Claude Hurt, et al, case 2015 CH 08872, Cook County, Illinois.**

What is the hazard?   **The Debtor disputes the allegations in the lawsuits.**

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property?   **2701 E 100th St**
**Chicago**
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
■ Yes.   Insurance agency   **Rosenthal Brothers**
Contact name   **Mike Minsky**
Phone   **847-940-4300**

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | **Request for Relief, Declaration, and Signature** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **December  2, 2015**
MM / DD / YYYY

**X /s/ Eriksen Hoelzeman**                     **Eriksen Hoelzeman**
Signature of authorized representative of debtor         Printed name

Title  **Secretary**

**18. Signature of attorney**

**X /s/ Jonathan P. Friedland**                  Date **December  2, 2015**
Signature of attorney for debtor                  MM / DD / YYYY

**Jonathan P. Friedland**
Printed name

**Sugar Felsenthal Grais & Hammer LLP**
Firm name

**30 N. LaSalle St.
Suite 3000
Chicago, IL 60602**
Number, Street, City, State & ZIP Code

Contact phone  **(312) 704-9400**    Email address  **jfriedland@sugarfgh.com**

**6257902**
Bar number and State

### Request for Relief, Declaration, and Signature

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/2/15
              MM / DD / YYYY

X _____        Eriksen Hoelzeman
Signature of authorized representative of debtor   Printed name

Title  **Secretary**

**18. Signature of attorney**

X _____        Date _____
Signature of attorney for debtor                MM / DD / YYYY

**Jonathan P. Friedland**
Printed name

**Sugar Felsenthal Grais & Hammer LLP**
Firm name

**30 N. LaSalle St.
Suite 3000
Chicago, IL 60602**
Number, Street, City, State & ZIP Code

Contact phone  (312) 704-9400    Email address  jfriedland@sugarfgh.com

**6257902**
Bar number and State

**UNANIMOUS WRITTEN CONSENT OF
THE SHAREHOLDERS AND BOARD OF DIRECTORS OF
AGRI-FINE, INC.**

November 30, 2015

The undersigned, being all of the shareholders and all of the members of the Board of Directors of Agri-Fine, Inc., an Illinois corporation (the "*Corporation*"), hereby adopt, and consent to the adoption of, the following resolutions:

**WHEREAS**, the Board of Directors of the Corporation has considered the Corporation's assets, liabilities, revenues, expenses, gains, losses, and cash flows; and

**WHEREAS**, the Board of Directors of the Corporation has had the opportunity to consult with the management of the Corporation and its legal, financial and other advisors and fully consider each of the strategic alternatives available to the Corporation.

**NOW, THEREFORE, BE IT:**

**RESOLVED**, that in the judgment of the Board of Directors, it is desirable and in the best interests of the Corporation, its creditors, shareholders, and other parties in interest, that the appropriate officers of the Corporation (collectively, the "*Officers*"), take any and all actions necessary to cause the Corporation to file for protection under chapter 11 of title 11 of the United States Code (the "*Bankruptcy Action*");

**RESOLVED FURTHER**, that the Officers of the Corporation, or any one of them, in connection with the Bankruptcy Action, are authorized to execute and file (or direct others to do so on their behalf as provided herein) on behalf of the Corporation all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers or documents, and to take any and all action that they deem necessary or proper to obtain the relief described herein;

**RESOLVED FURTHER**, that the Officers of the Corporation may employ and retain all assistance by legal counsel, including Sugar Felsenthal Grais & Hammer LLP, accountants or other professionals and may take any and all action which they deem necessary and proper in connection with the Bankruptcy Action;

**RESOLVED FURTHER**, that each of the Officers be, and hereby is, authorized and empowered to execute and deliver any amendments, amendments and restatements, supplements, modifications, renewals, replacements, consolidations, substitutions and extensions of loan documents, including forbearance agreements with respect to defaults under loan documents, in connection with the Bankruptcy Action which shall in their sole judgment be necessary, proper or advisable;

**RESOLVED FURTHER**, that the appropriate officers of the Corporation, or any one or more of them, hereby are authorized, empowered and directed to take all steps and authorize to be done all acts and things as may be necessary, advisable, convenient or proper for the purpose of carrying out the intent and purpose of the foregoing resolutions and the Bankruptcy Action and all such prior actions taken by such officers are hereby confirmed, ratified and approved;

[*Signature Page to Follow*]

    IN WITNESS WHEREOF, the undersigned have executed this Written Consent of all of the shareholders and all of the members of the Board of Directors of Agri-Fine, Inc., as of the date first written above.

DIRECTORS/SHAREHOLDERS:

_____
Michael D. Hoelzeman
Director/Shareholder

_____
Eriksen Hoelzeman
Director/Shareholder

**Fill in this information to identify the case:**

Debtor name   **Agri-Fine, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/2/15   x /s/ Eriksen Hoelzeman
                              Signature of individual signing on behalf of debtor

**Eriksen Hoelzeman**
Printed name

**Secretary**
Position or relationship to debtor

In re     **Agri-Fine, Inc.** _____                      Case No. _____
Debtor(s)

# LIST OF CREDITORS WHO HAVE THE 20 LARGEST UNSECURED CLAIMS
# AND ARE NOT INSIDERS

The following List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders does not include (a) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31) or (b) secured creditors. The information contained herein shall neither constitute an admission of liability by, nor bind, the Debtors. The information herein, including the failure of the Debtor to list any claim as contingent, unliquidated, or disputed, does not constitute a waiver of the Debtor's right to contest the validity, priority, or amount of any claim.

Fill in this information to identify the case:

Debtor name **Agri-Fine, Inc.**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| AG Processing Inc<br>12700 W Dodge Rd<br>Omaha, NE 68154 | 402-496-7809 | Trade debt | | | | $130,942.07 |
| American Railcar Leasing LLC<br>100 Clark St<br>St Charles, MO 63301 | 636-940-5000 | Lease obligation | | | | $122,400.00 |
| Anthony P&L Inc<br>31835 C38<br>Le Mars, IA 51031 | 712-546-1200 | Trade debt | | | | $100,680.57 |
| Archer Daniels Midland Company<br>77 W Wacker Dr, Ste 4600<br>Chicago, IL 60601 | 312-634-8100 | Trade debt | | | | $567,803.32 |
| Bunge North America<br>500 Water St<br>Jacksonville, FL 32202 | 314-292-2000 | Trade debt | | | | $510,509.99 |
| CSX<br>500 Water St<br>Jacksonville, FL 32202 | 877-835-5279 | Trade debt | | | | $135,898.20 |
| GLNX Corporation<br>2201 Timberloch Pl, Ste 125<br>The Woodlands, TX 77380 | 281-363-0185 | Lease obligation | Disputed | | | $1,382,472.30 |
| HERO BX<br>1540 E Lake Rd<br>Erie, PA 16511 | (814) 528-9200 | Trade debt | | | | $282,116.78 |
| Incobrasa Industries Ltd<br>PO Box 98<br>Gilman, IL 60938 | 815-265-4803 | Trade debt | | | | $82,201.94 |

Debtor **Agri-Fine, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Indiana Railroad Company<br>8888 Keystone Crossing, Ste 1600<br>Indianapolis, IN 46240 | 888-596-2121 | Trade debt | | | | $92,182.40 |
| Louis Dreyfus Commodities Yorkton T<br>525 - 11th Ave SW, Ste 500<br>Calgary, AB T2R 0C9<br>CANADA | 877-782-8882 | Trade debt | | | | $450,044.47 |
| Metropolitan Water Reclamation Dist<br>100 E Erie St<br>Chicago, IL 60611 | 312-751-5600 | Government | Disputed | | | $424,644.22 |
| PVS Chemical Solutions Inc<br>10900 Harper Ave<br>Detroit, MI 48213 | 313-921-1200 | Trade debt | | | | $152,965.40 |
| Richardson Oilseed Limited<br>2800 One Lombard Pl<br>Winnipeg, MB R3B0X8<br>CANADA | 866-217-6211 | Trade debt | | | | $283,800.08 |
| Rowell Chemical Corporation<br>15 Salt Creek Ln, Ste 205<br>Hinsdale, IL 60521 | 630-920-8833 | Trade debt | | | | $149,288.88 |
| Seeler Industries, Inc.<br>One Genstar Drive<br>Joliet, IL 60435 | 815-740-2640 | Trade debt | | | | $154,636.82 |
| South Dakota Soybean Processors<br>100 Caspian Ave<br>PO Box 500<br>Volga, SD 57071 | 605-627-9240 | Trade debt | | | | $111,266.75 |
| Superior Feed Ingredients LLC<br>9358 Oak Ave<br>Waconia, MN 55387 | 952-442-2380 | Trade debt | | | | $209,381.48 |

| Debtor | Agri-Fine, Inc. | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Trinity Leasing Customer Payment Ac**  **2525 Stemmone Fwy**  **Dallas, TX 75207** | 214-631-4420 | **Lease obligation** | | | | $417,537.05 |
| **Westway Terminal Company LLC**  **365 Canal St, Ste 2900**  **New Orleans, LA 70130** | 504-525-9741 | **Lease obligation** | | | | $632,286.39 |

**United States Bankruptcy Court**
**Northern District of Illinois**

In re  Agri-Fine, Inc.
_____
Debtor(s)

Case No. _____
Chapter  11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Eriksen Hoelzeman<br>2701 E 100th St<br>Chicago, IL 60617 | Common | 49 | Shares |
| Michael D. Hoelzeman<br>2701 E 100th St<br>Chicago, IL 60617 | Common | 51 | Shares |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Secretary** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  12/2/15          Signature  _Eriksen Hoelzeman_ (signed)
                                  Eriksen Hoelzeman

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re **Agri-Fine, Inc.**  
Debtor(s)

Case No. _____  
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Agri-Fine, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■None [*Check if applicable*]

**December 2, 2015**  
Date

**/s/ Jonathan P. Friedland**  
**Jonathan P. Friedland**  
Signature of Attorney or Litigant  
Counsel for **Agri-Fine, Inc.**  
**Sugar Felsenthal Grais & Hammer LLP**  
**30 N. LaSalle St.**  
**Suite 3000**  
**Chicago, IL 60602**  
**(312) 704-9400 Fax:(312) 372-7951**  
**jfriedland@sugarfgh.com**