# Exhibit A

*Budget*

**Agri-Fine, Inc.**
**Six Week Cash Projection**

| Week # | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Week Ending | 11-Dec-15 | 18-Dec-15 | 25-Dec-15 | 01-Jan-16 | 08-Jan-16 | 15-Jan-16 |
| **Cash Receipts** | | | | | | |
| Customer Payments - new shipments | 130,000 | 130,000 | 130,000 | 130,000 | 130,000 | 130,000 |
| Customer Payments - pre-petition | 50,000 | 25,000 | 25,000 | | | |
| Total Cash Receipts | 180,000 | 155,000 | 155,000 | 130,000 | 130,000 | 130,000 |
| **Cash Disbursements** | | | | | | |
| Raw Materials | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 |
| Chemicals | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 |
| Freight | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 |
| Payroll and Taxes | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 |
| Insurance | 4,300 | 28,700 | 23,300 | | | 28,700 |
| Tank car rental | - | - | 31,000 | - | - | - |
| Agri-tranist | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| American Express | | | 2,000 | | | 2,000 |
| Uniforms | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 |
| Bank Charges and Interest | | | | 22,500 | | |
| Repairs, parts, supplies | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 |
| Utilities | 10,000 | 15,000 | 3,200 | | 12,100 | 25,000 |
| Vehicle payments | | 800 | | | | 800 |
| Lab supplies | 500 | 500 | 500 | 500 | 500 | 500 |
| US Trustee | | | | | | |
| Total Cash Disbursements | 126,000 | 156,200 | 171,200 | 134,200 | 123,800 | 168,200 |
| Net Cash for Week | 54,000 | (1,200) | (16,200) | (4,200) | 6,200 | (38,200) |
| Cumulative Net Cash | 54,000 | 52,800 | 36,600 | 32,400 | 38,600 | 400 |