# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| AGRI-FINE, INC., | ) | CASE NO. 15-41000 |
| | ) | |
| DEBTOR. | ) | HON. TIMOTHY A. BARNES |

### APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE

The following creditors, selected from unsecured creditors who were willing to serve, are hereby appointed as the creditors' committee in this case:

| **CREDITOR** | **REPRESENTATIVE** |
|---|---|
| GLNX Corporation<br>2201 Timberloch Place, Suite 125<br>The Woodlands, TX 77380 | Warner Abel |
| Incobrasa Industries Ltd.<br>306 West Church Street<br>Champaign, IL 61820 | Rochelle Funderburg |
| Bunge North America<br>11720 Borman Dr.<br>St. Louis, MO 63146 | Cheryl Pinson |
| Seeler Industries<br>One Genstar Drive<br>Joliet, IL 60435 | Glenn Gibisch |
| Superior Feeds<br>9358 Oak Ave.<br>Waconia, MN 55387 | Rick Breza |

RESPECTFULLY SUBMITTED,
PATRICK S. LAYNG
UNITED STATES TRUSTEE

DATED: December 10, 2015          BY: /s/ Kimberly Bacher
Kimberly Bacher, Trial Attorney
United States Department of Justice
Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, Illinois 60604
(312) 353-5014

## CERTIFICATE OF SERVICE

      I, Kimberly Bacher, an attorney, state that pursuant to Local Rule 9013-3(D) the attached **APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE** was filed on December 10, 2015, and served on all parties identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent via First Class Mail to the address(es) indicated on December 10, 2015.

      /s/ Kimberly Bacher
      Kimberly Bacher, Trial Attorney

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants**

- Michael A Brandess    mbrandess@SugarFGH.com
- Barry A Chatz    bachatz@arnstein.com,
- Michael R Collins    michael.collins@collinsandcollins.com,
- Jonathan P Friedland    jfriedland@sugarfgh.com,
- David A. Golin    dagolin@arnstein.com,
- Mark Melickian    mmelickian@SugarFGH.com,
- Kevin H Morse    khmorse@arnstein.com
- John R O'Connor    joconnor@SugarFGH.com
- Kathryn A. Pamenter    KPamenter@atg.state.il.us
- Elizabeth B Vandesteeg    evandesteeg@sugarfgh.com, plove@sugarfgh.com

**Parties Served by First Class Mail**

| | |
|---|---|
| Warner Abel<br>GLNX Corporation<br>2201 Timberloch Place, Suite 125<br>The Woodlands, TX 77380 | Glenn Gibisch<br>Seeler Industries<br>One Genstar Drive<br>Joliet, IL 60435 |
| Rochelle Funderburg<br>Incobrasa Industries Ltd.<br>306 West Church Street<br>Champaign, IL 61820 | Rick Breza<br>Superior Feeds<br>9358 Oak Ave.<br>Waconia, MN 55387 |
| Cheryl Pinson<br>Bunge North America<br>11720 Borman Dr.<br>St. Louis, MO 63146 | |