APPEARANCE

United States Bankruptcy Court

For the ___Northern___ District of ___Illinois___

In re ) 
) Case No.
)
)

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

_____

_____

_____

| | |
|---|---|
| Print Name on this Line | Firm Name |
| | FIRM ID NUMBER: _____ |
| Signature | |
| ATTORNEY ID NUMBER _____ | Street Address |
| | City    State    Zip |
| | Telephone |

Trial Attorneys*

_____
Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

DATED: _____