**EXHIBIT A**

**Agri-Fine, Inc.**
**Cash Projection through January 15, 2016**

| Week # | 1 | | 2 | | | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|---|---|
| Week Ending | 11-Dec-15 | | 18-Dec-15 | | Carryover | 25-Dec-15 | 01-Jan-16 | 08-Jan-16 | 15-Jan-16 |
| | Budget | Actual | Budget | Est | from wk 1 - 2 | | | | |
| **Cash Receipts** | | | | | | | | | |
| Customer Payments - new shipments | 130,000 | | 130,000 | | 40,000 | 130,000 | 130,000 | 130,000 | 130,000 |
| Customer Payments - pre-petition | 50,000 | 72,335 | 25,000 | 63,307 | 5,000 | 25,000 | | | |
| Total Cash Receipts | 180,000 | 72,335 | 155,000 | 63,307 | 45,000 | 155,000 | 130,000 | 130,000 | 130,000 |
| **Cash Disbursements** | | | | | | | | | |
| Raw Materials | 40,000 | 17,340 | 40,000 | 11,000 | | 40,000 | 40,000 | 40,000 | 40,000 |
| Chemicals | 20,000 | 7,000 | 20,000 | | 10,000 | 20,000 | 20,000 | 20,000 | 20,000 |
| Freight | 7,500 | | 7,500 | | | 6,000 | 6,000 | 6,000 | 6,000 |
| Payroll and Taxes | 40,000 | 30,397 | 40,000 | 31,771 | | 34,000 | 34,000 | 34,000 | 34,000 |
| Insurance | 4,300 | | 28,700 | 4,332 | 28,700 | 23,300 | | | 28,700 |
| Tank car rental | - | | - | | | 31,000 | - | - | - |
| Agri-tranist | 1,000 | | 1,000 | | | 3,000 | 3,000 | 3,000 | 3,000 |
| American Express | | | | | | 2,500 | | | 2,500 |
| Uniforms | 1,200 | | 1,200 | | 1,500 | 700 | 550 | 700 | 550 |
| Bank Charges and Interest | | | | | | | - | | |
| Repairs, parts, supplies | 1,500 | | 1,500 | | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 |
| Office expenses and Info Tech support | | | | | | 175 | 875 | 175 | 200 |
| Utilities | 10,000 | | 15,000 | 7,095 | 18,000 | 3,200 | | 12,100 | 25,000 |
| Vehicle payments | | | 850 | | 850 | | | | 850 |
| Lab supplies | 500 | | 500 | | | 500 | 500 | 500 | 500 |
| US Trustee, Professionals | | | | | | 3,100 | | | |
| Total Cash Disbursements | 126,000 | 54,737 | 156,250 | 54,198 | 63,650 | 165,875 | 106,425 | 117,975 | 162,800 |
| Net Cash for Week | 54,000 | 17,598 | (1,250) | 9,109 | (18,650) | (10,875) | 23,575 | 12,025 | (32,800) |
| Cumulative Net Cash | 54,000 | 17,598 | 52,750 | 26,707 | | (2,818) | 20,757 | 32,782 | (18) |