UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 15bk41000 |
| AGRI-FINE, INC. ) | |
| ) | Chapter 11 |
| ) | |
| Debtor. ) | Honorable Timothy A. Barnes |
| ) | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO KCP ADVISORY GROUP LLC, FINANCIAL ADVISOR FOR DEBTOR, FOR ALLOWANCE AND PAYMENT OF FIRST INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 32,352.50 | TOTAL COSTS REQUESTED: | $ 160.30 |
| TOTAL FEES REDUCED: | $ 9,218.00 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 23,134.50 | TOTAL COSTS ALLOWED: | $ 160.30 |

**TOTAL FEES AND COSTS ALLOWED: $ 23,294.80**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1)    Lumping – TOTAL of disallowed amounts (10% of affected entries): $ 563.00**

The Court may impose a ten percent penalty on entries that appear to be "lumping." The Court will reduce each entry marked as such per the penalty. *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

**(2)    Insufficient Description – TOTAL of disallowed amounts: $ 4,785.00**

The Court denies the allowance of compensation for the indicated task(s) as the description of each task fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (same).

(3)   **No Benefit to the Estate – TOTAL of disallowed amounts: $ 180.00**

The court denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case. 11 U.S.C. § 330(a)(4)(A). The training of the financial advisor on what his or her responsibilities are in a bankruptcy setting are a foundation that should already be present if the advisor is operating in the bankruptcy forum and not compensable.

(4)   **Overhead Costs are Non-Compensable – TOTAL of disallowed amounts: $ 180.00**

The Court denies reimbursement for fees or expenses that are overhead costs. Expenses which are overhead are not compensable because they are built into the hourly rate. *See In re Wildman*, 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987) (Schmetterer, J.). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re Convent Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (Sonderby, J.) (*quoting In re Thacker*, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985) (Toles, J.)).

The advisor's time spent recording his daily time entries is overhead of operating in a billing setting and not compensable.

(5)   **Unreasonable Travel Time – TOTAL of disallowed amounts (50% of affected entries): $ 3,015.00**

The Court denies the allowance in part of compensation for travel time, where compensation at the normal hourly rate (not the customary one-half discounted rate) is sought without explanation. *In re Planter*, No. 08 B 16883, 2009 WL 1393691 (Bankr. N.D. Ill. May 18, 2009) (Barbosa, J.) ("this Court has routinely held that time spent traveling to and from a location typically shall be compensated at one-half of the attorneys' or other professionals' hourly rate."); *In re McKeeman*, 236 B.R. 667 (B.A.P. 8th Cir.1999); *In re Spanjer Bros., Inc.*, 191 B.R. 738, 755 (Bankr. N.D. Ill. 1996) (Squires, J.).

(6)   **Computational or Typographical Error – TOTAL of disallowed amounts: $ 495.00**

The court denies the allowance of compensation for the following tasks because the amount of fees appears to be a computational or typographical error. Also, where there are two identical entries (same day, same tasks, same time billed), the court will consider one of the entries to be a typographical error.

Dated: April 12, 2016

Timothy A. Barnes
United States Bankruptcy Judge

|  |  |  | Through: | | 31-Dec-15 |
|---|---|---|---|---|---|
| Client Name: Agri-Fine, Inc | | | | | |
| Client #: 40-02-15 | | | | | |
| Associate: Michael Goldman | | | | | |
| Associate's Home Office: Chicago | | | Client's Home Office: Illinois | | |

| Date | BK-CODE | Description | Expenses | Hours | Fees | |
|---|---|---|---|---|---|---|
| 2-Dec | BK-03 | Briefings with vendors: Bunge and Cintas; Drafted and sent email to Ron Lullo (debtor). | | 0.20 | $ 90.00 | (1) Lumping |
| 2-Dec | BK-03 | Briefing with JF (debtor counsel) regarding attendance at hearing. | | 0.10 | $ 45.00 | |
| 3-Dec | BK-03 | Communications with Anne H. (bank) regarding first day motions and checks clearing. | | 0.10 | $ 45.00 | |
| 3-Dec | BK-03 | Briefing with Vendor: Shannon Wilson Industrial 219-866-2883. | | 0.10 | $ 45.00 | |
| 3-Dec | BK-03 | Briefing with Vendor: Tracy Burke Cintas 708-496-1116. | | 0.10 | $ 45.00 | |
| 3-Dec | BK-03 | Briefing with Vendor: Everette Engle American Railcar 630-325-4600. | | 0.10 | $ 45.00 | |
| 3-Dec | BK-03 | Reviewed First Day motions and set up file to email to creditors. | | 0.20 | $ 90.00 | (1) Lumping |
| 3-Dec | BK-03 | Vendor Call: Laura Zeeland Farm Services 616-879-1702. | | 0.10 | $ 45.00 | |
| 3-Dec | BK-03 | Vendor Call: Rowell Chemical, Ron Zivkovich 630-920-8833. | | 0.10 | $ 45.00 | |
| 3-Dec | BK-03 | Vendor Call: Seeler Chemical, Joe Norris 815-740-2640. | | 0.30 | $ 135.00 | |
| 3-Dec | BK-03 | Briefing with Dino (debtor) ; Reviewed emails. | | 0.10 | $ 45.00 | |
| 3-Dec | BK-03 | Drafted and sent emails to Trinity Rail, Union Tank Car and Rampart Range. | | 0.10 | $ 45.00 | |
| 3-Dec | BK-03 | Briefing with Vendor: Mike Meaney Trinity Rail 630-862-7061. | | 0.10 | $ 45.00 | |
| 3-Dec | BK-03 | Briefing with Vendor: Voice mails to Union Tank and Rampart Range. | | 0.10 | $ 45.00 | |
| 3-Dec | BK-02 | Briefing with Anne Howaniec - Std Bank - LOI | | 0.10 | $ 45.00 | |
| 3-Dec | BK-03 | Drafted and sent emails to Erik (debtor) and debtor lawyers regarding rail cars. | | 0.10 | $ 45.00 | |
| 4-Dec | BK-03 | Briefing with Vendor: Ron (debtor) and Rowell Chemical 630-920-8894. | | 0.30 | $ 135.00 | |
| 4-Dec | BK-03 | Briefing with Anne at Std - bounce check to Homewood disposal. | | 0.10 | $ 45.00 | |
| 4-Dec | BK-03 | Briefing with Vendor: Shannon Sulfuric Acid 219-866-6900. | | 0.20 | $ 90.00 | |
| 4-Dec | BK-03 | Briefing with Vendor: Shannon Wilson, COD OK, drafted and sent email to Agri-fine. | | 0.20 | $ 90.00 | (1) Lumping |
| 4-Dec | BK-21 | Drafted and sent email to Marie (debtor) regarding post-petition accounting. | | 0.10 | $ 45.00 | |
| 4-Dec | BK-03 | Reviewed and renamed first day order files; Email cash collateral to vendors. | | 0.30 | $ 135.00 | (1) Lumping |
| 4-Dec | BK-03 | Participated on a conference call with lawyers (debtor counsel) and Erik. | | 1.50 | $ 675.00 | (2) Insuff. Desc |
| 5-Dec | BK-15 | Reviewed HyperAMS valuation. | | 0.40 | $ 180.00 | |
| 5-Dec | BK-04 | Reviewed and downloaded bankruptcy reporting and operating instructions. | | 0.40 | $ 180.00 | (3) No benefit |
| 5-Dec | BK-03 | Reviewed and responded to various emails in case. | | 0.20 | $ 90.00 | (2) Insuff. description |
| 5-Dec | BK-04 | Drafted email to Marie (debtor) regarding accounting requirements. | | 0.20 | $ 90.00 | |
| 7-Dec | BK-04 | Discuss accounting requirements with Marie (debtor) | | 0.30 | $ 135.00 | |
| 7-Dec | BK-15 | Communications with Harry Fishman 773-777-4600, hfishman@pvsllc.com (real estate appraiser) | | 0.20 | $ 90.00 | |
| 7-Dec | BK-03 | Responded to message from Lisa V. (debtor counsel) regarding pre-petition checks. | | 0.30 | $ 135.00 | |
| 7-Dec | BK-03 | Communicated with Anne H. via email regarding drawing principle payment from bank account. | | 0.10 | $ 45.00 | |
| 7-Dec | BK-03 | Communicated with Marie via email regarding service date vs invoice date. | | 0.10 | $ 45.00 | |

|  |  |  | Through: | | 31-Dec-15 |
|---|---|---|---|---|---|
| Client Name: Agri-Fine, Inc | | | | | |
| Client #: 40-02-15 | | | | | |
| Associate: Michael Goldman | | | | | |
| Associate's | | | Client's | | |
| Home Office: Chicago | | | Home Office: Illinois | | |

| Date | BK-CODE | Description | Expenses | Hours | Fees |
|---|---|---|---|---|---|
| 7-Dec | BK-15 | Briefing with Alex Mazur regarding appraisal. | | 0.20 | $ 90.00 |
| 7-Dec | BK-21 | Time reporting on case. | | 0.20 | $ 90.00 | (4) overhead
| 8-Dec | BK-03 | Briefing with Vendor. | | 0.10 | $ 45.00 | (2) insuff. Des
| 8-Dec | BK-03 | Communicated with Anne (bank) and Marie (debtor) regarding wire approvals. | | 0.20 | $ 90.00 |
| 8-Dec | BK-03 | Reviewed and responded to messages from company and vendors. | | 0.10 | $ 45.00 | (2) insuff. Des
| 8-Dec | BK-03 | Participated on a conference call with debtor lawyers and Erik (debtor). | | 0.70 | $ 315.00 | (2) insuff. Desc
| 8-Dec | BK-03 | Briefings with various people at Paychex regarding payroll processing. | | 0.70 | $ 315.00 |
| 8-Dec | BK-03 | Briefing with bank regarding wire information. | | 0.10 | $ 45.00 |
| 9-Dec | BK-03 | Reviewed and responded to various case emails. | | 0.30 | $ 135.00 | (2) insuff. Des
| 10-Dec | BK-03 | Briefing with Lisa V. (debtor counsel) and Eric regarding planning. | | 0.50 | $ 225.00 | (2) insuff Desc
| 10-Dec | BK-03 | Reviewed and responded to various case emails. | | 0.30 | $ 135.00 | (2) insuff Desc
| 10-Dec | BK-03 | participated on a conference call with Lisa (debtor counsel) and Erik (debtor). | | 0.50 | $ 225.00 | (2) insuff Des
| 11-Dec | BK-03 | Reviewed and responded to various case emails. | | 0.30 | $ 135.00 | (2) insuff. Des
| 13-Dec | BK-15 | Reviewed PPL appraisal. | | 0.30 | $ 135.00 |
| 14-Dec | BK-17 | Travel to and from for meeting at 11:00 UST meeting, at 11:15 meeting was rescheduled to tomorrow. | | 2.80 | $ 1,260.00 | (5) travel time
| 14-Dec | BK-21 | Time keeping. | | 0.20 | $ 90.00 | (4) overhead
| 15-Dec | BK-03 | Briefing with Erik H. and Marie L. (debtor) to review case progress, reporting requirements and respond to inquiries. | | 0.80 | $ 360.00 |
| 15-Dec | BK-17 | Commuted downtown to attend UST hearing. | | 1.30 | $ 585.00 | (5) travel time
| 15-Dec | BK-03 | Attended 341(a) meeting with UST. | | 1.10 | $ 495.00 |
| 15-Dec | BK-17 | Commuted from court to Agri-fine. | | 0.70 | $ 315.00 | (5) travel time
| 15-Dec | BK-03 | Briefing with Erik H. (debtor) to review case progress, reporting requirements and respond to inquires regarding ban. | | 1.60 | $ 720.00 | typo-
| 15-Dec | BK-03 | Attended UST meeting. | | 1.10 | $ 495.00 | (6) Duplicate
| 15-Dec | BK-03 | Briefing with Erik H. and Ron L. (debtor) to review case progress, reporting requirements and respond to inquiries. | | 0.60 | $ 270.00 |
| 15-Dec | BK-17 | commuted back to office from Agri-Fine. | | 1.30 | $ 585.00 | (5) travel time
| 16-Dec | BK-03 | Briefing with Anne H. at Standard Bank regarding case update. | | 0.20 | $ 90.00 |
| 16-Dec | BK-03 | Briefing with Lisa V. (debtor counsel) regarding cash. | | 0.10 | $ 45.00 |
| 16-Dec | BK-03 | Briefing with Lisa (debtor counsel) regarding budget. | | 0.10 | $ 45.00 |
| 16-Dec | BK-03 | Reviewed and revised budget; Communicated with Marie and Lisa (debtor counsel) via email. | | 0.70 | $ 315.00 |
| 16-Dec | BK-03 | Briefing with Erik H. and Dino (debtor) regarding budget. | | 0.20 | $ 90.00 |
| 18-Dec | BK-03 | Briefing with Curt (401k provider). | | 0.20 | $ 90.00 |
| 18-Dec | BK-03 | Briefing with Lisa V. (debtor counsel) regarding status of case. | | 0.20 | $ 90.00 |
| 18-Dec | BK-16 | Briefing with J. Dinoff (KCP) regarding teasers and marketing process. | | 0.20 | $ 90.00 |
| 22-Dec | BK-17 | Traveled to company. | | 0.90 | $ 405.00 | (5) Travel time
| 22-Dec | BK-04 | Briefings with Eric, Marie and Dino (debtor) regarding APA, vendor issues, SOFA and financial reporting. | | 5.40 | $ 2,430.00 |
| 22-Dec | BK-17 | Traveled back to office from company. | | 1.30 | $ 585.00 | (5) Travel time
| 23-Dec | BK-03 | Reviewed and responded to messages. | | 0.30 | $ 135.00 | (2) insuff. Des
| 23-Dec | BK-16 | Reviewed APA. | | 0.60 | $ 270.00 |
| 28-Dec | BK-03 | Erik assistance with schedules | | 0.10 | $ 45.00 |

|  |  |  |  | Through: | 31-Dec-15 |
|---|---|---|---|---|---|
| Client Name: Agri-Fine, Inc |  |  |  |  |  |
| Client #: 40-02-15 |  |  |  |  |  |
| Associate: Michael Goldman |  |  |  |  |  |
| Associate's Home Office: Chicago |  |  |  | Client's Home Office: Illinois |  |

| Date | BK-CODE | Description | Expenses | Hours | Fees |
|---|---|---|---|---|---|
| 28-Dec | BK-16 | Participated on a conference call regarding APA. |  | 0.50 | $ 225.00 |
| 28-Dec | BK-16 | Reviewed and responded to various emails regarding APA and schedules. |  | 0.20 | $ 90.00 |
| 29-Dec | BK-16 | Reviewed and commented on revised APA draft. |  | 0.40 | $ 180.00 |
| 29-Dec | BK-16 | Reviewed and responded to various emails regarding APA and schedules. |  | 0.20 | $ 90.00 |
| 29-Dec | BK-16 | Communicated with Harold Bordwin regarding asset sale. |  | 0.20 | $ 90.00 |
| 29-Dec | BK-03 | Briefing with Lisa V. (debtor counsel) regarding case. |  | 0.10 | $ 45.00 |
| 30-Dec | BK-16 | Reviewed and responded to various emails regarding APA and schedules. |  | 0.20 | $ 90.00 |
| 31-Dec | BK-03 | Briefing with Lisa V. (debtor counsel) regarding case. |  | 0.10 | $ 45.00 |
| 31-Dec | BK-03 | Briefing with Erik H. (debtor) regarding case update and schedule issues. |  | 0.20 | $ 90.00 |
| 31-Dec | BK-03 | Reviewed and responded to various emails regarding APA and schedules. |  | 0.30 | $ 135.00 |
| EXPENSES |  |  |  |  |  |
| 14-Dec | BK-17 | Parking for meeting downtown with Lisa V. | $ 20.00 |  |  |
| 14-Dec | BK-17 | Mileage for meeting with Lisa V. | $ 28.60 |  |  |
| 15-Dec | BK-17 | Parking for meeting downtown with Lisa V. (rescheduled) | $ 38.00 |  |  |
| 15-Dec | BK-17 | Mileage for meeting with Lisa V. | $ 28.60 |  |  |
| 22-Dec | BK-17 | Mileage for Company visit | $ 45.10 |  |  |
|  |  | This Page Total | $ 160.30 | 35.80 | $ 16,110.00 |

|  |  | Through: | 31-Jan-16 |
|---|---|---|---|

Client Name: Agri-Fine, Inc
Client #: 40-02-15
Associate: Michael Goldman
Associate's Home Office: Chicago
Client's Home Office: Illinois

| Date | BK-CODE | Description | Expenses | Hours | Fees |
|---|---|---|---|---|---|
| 4-Jan | BK-16 | Prepared teaser for sale of assets. |  | 2.10 | $ 945.00 |
| 4-Jan | BK-16 | Briefing with J. Dinoff (KCP) regarding teaser. |  | 0.20 | $ 90.00 |
| 4-Jan | BK-16 | Reviewed and revised Teaser. |  | 0.20 | $ 90.00 |
| 4-Jan | BK-04 | Gathered facts for schedule D of SOFA and completed schedule information. |  | 0.60 | $ 270.00 |
| 4-Jan | BK-04 | Reviewed SOFA drafts. |  | 0.50 | $ 225.00 |
| 5-Jan | BK-16 | Reviewed sales motion and comment to attorneys regarding sales process. |  | 0.80 | $ 360.00 |
| 5-Jan | BK-04 | Reviewed final SoFA and APA and Sales Motion. |  | 0.70 | $ 315.00 |
| 5-Jan | BK-04 | Reviewed and commented on SOFA draft. |  | 0.60 | $ 270.00 |
| 5-Jan | BK-04 | Reviewed revised version of SoFA. |  | 0.40 | $ 180.00 |
| 5-Jan | BK-03 | Briefing with vendor. |  | 0.10 | $ 45.00 | (2) Insuff Desc
| 6-Jan | BK-03 | Briefing with creditors lawyer and financial advisor. |  | 0.30 | $ 135.00 | (2) Insuff Desc
| 6-Jan | BK-03 | Briefing with lawyers regarding case. |  | 0.50 | $ 225.00 | (2) Insuff Desc
| 6-Jan | BK-16 | Briefing with J. Dinoff (KCP) regarding sale process. |  | 0.20 | $ 90.00 |
| 6-Jan | BK-16 | Briefing with J. Friedland (debtor counsel) regarding sale process. |  | 0.20 | $ 90.00 |
| 6-Jan | BK-16 | Briefing with J. Armstrong (KCP) regarding setting up data room. |  | 0.20 | $ 90.00 |
| 7-Jan | BK-03 | Briefing with Erik (debtor) regarding planning next steps and Monday meeting. |  | 0.20 | $ 90.00 |
| 7-Jan | BK-16 | Briefing with Creditors' financial advisor regarding teaser. |  | 0.10 | $ 45.00 |
| 7-Jan | BK-03 | Briefings with Lisa V.(debtor counsel) regarding budget and bank issues. |  | 0.20 | $ 90.00 |
| 7-Jan | BK-03 | Drafted and sent email to Erik and Marie (debtor) regarding tasks that needed completion by Monday. |  | 0.20 | $ 90.00 |
| 7-Jan | BK-16 | Briefings regarding setting up data room and confidentiality agreement. |  | 0.40 | $ 180.00 |
| 8-Jan | BK-03 | Participated on a conference call with J. Friedland regarding case. |  | 0.20 | $ 90.00 |
| 10-Jan | BK-03 | Briefing with Mark M.(debtor counsel) regarding Buget. |  | 0.10 | $ 45.00 |
| 10-Jan | BK-16 | Reviewed messages and revisions to Teaser. |  | 0.30 | $ 135.00 |
| 11-Jan | BK-03 | Briefing with Jon F. (debtor counsel) regarding budget. |  | 0.20 | $ 90.00 |
| 11-Jan | BK-03 | Briefing with Lisa and Mark (debtor counsel) regarding budget. |  | 0.30 | $ 135.00 |
| 11-Jan | BK-16 | Briefing with Tom F. (creditor counsel) regarding creditor concerns. |  | 0.50 | $ 225.00 |
| 11-Jan | BK-03 | Briefings with Marie and Erik (debtor). |  | 2.40 | $ 1,080.00 | (2) Insuff Desc
| 11-Jan | BK-03 | Briefing with Jon Friedland (debtor counsel) regarding case update. |  | 0.10 | $ 45.00 |
| 11-Jan | BK-16 | Briefing with Erik (debtor) regarding APA and budget. |  | 0.20 | $ 90.00 |
| 11-Jan | BK-16 | Briefing with Lisa V. (debtor counsel) regarding APA. |  | 0.10 | $ 45.00 |
| 11-Jan | BK-16 | Briefing with Anne H. (bank) regarding APA. |  | 0.20 | $ 90.00 |
| 11-Jan | BK-03 | Briefing with Lisa V. (debtor counsel) regarding bank call. |  | 0.20 | $ 90.00 |
| 11-Jan | BK-16 | Participated on a conference call with Erik, Lisa and Mark M. regarding APA. |  | 0.60 | $ 270.00 |
| 11-Jan | BK-16 | Briefing with J. Dinoff (KCP) regarding sales plans. |  | 0.20 | $ 90.00 |
| 11-Jan | BK-17 | Commuted downtown for creditor meeting. |  | 1.90 | $ 855.00 | (5) Travel Time
| 11-Jan | BK-17 | commuted downtown to Agri-Fine office. |  | 0.40 | $ 180.00 | (5) Travel Time
| 11-Jan | BK-17 | commuted from Agri-Fine. |  | 0.80 | $ 360.00 | (5) Travel Time
| 12-Jan | BK-16 | Briefing with Anne H. (bank) regarding APA and budget; Circulated feedback to AgriFine lawyers and debtor. |  | 0.60 | $ 270.00 |
| 12-Jan | BK-03 | Reviewed case emails. |  | 0.20 | $ 90.00 | (2) Insuff Desc
| 12-Jan | BK-03 | Prepared for meetings with lawyers (debtor counsel) and debtor. |  | 1.00 | $ 450.00 |
| 12-Jan | BK-03 | Attended 341 hearing. |  | 0.70 | $ 315.00 |
| 12-Jan | BK-03 | Attended court hearings. |  | 1.20 | $ 540.00 |

|  |  |  |  | Through: | 31-Jan-16 |
|---|---|---|---|---|---|

Client Name: Agri-Fine, Inc
Client #: 40-02-15
Associate: Michael Goldman
Associate's Home Office: Chicago
Client's Home Office: Illinois

| Date | BK-CODE | Description | Expenses | Hours | Fees | Notes |
|---|---|---|---|---|---|---|
| 12-Jan | BK-17 | Commuted downtown for hearing and 341 meeting. |  | 0.80 | $360.00 | (3) Travel time |
| 12-Jan | BK-17 | Commuted from court hearings to office. |  | 1.20 | $540.00 | (3) Travel time |
| 15-Jan | BK-21 | Briefing with Josh A. (creditor FA) regarding financials. |  | 0.30 | $135.00 |  |
| 15-Jan | BK-03 | Participated on a conference call with Lisa V. (debtor counsel); Briefing regarding case issues. |  | 0.30 | $135.00 |  |
| 15-Jan | BK-16 | Briefing with Luis from VERSA regarding assets and sales process. |  | 0.60 | $270.00 |  |
| 18-Jan | BK-03 | reviewed and responded to messages related to Mike H.; Briefing with bank. |  | 1.40 | $630.00 | (1) Lumping |
| 19-Jan | BK-16 | Briefing with Mike H. (debtor) regarding bank meeting, Attorney General and sales process. |  | 0.40 | $180.00 |  |
| 19-Jan | BK-03 | Briefing with lawyers (debtor counsel). |  | 0.50 | $225.00 | (2) Insuff Desc |
| 19-Jan | BK-04 | Reviewed Monthly Operating Report. |  | 0.90 | $405.00 |  |
| 21-Jan | BK-03 | Briefings with Mike H. (debtor) and briefings with Anne H. (bank) to arrange conversation between bank and equity. |  | 0.80 | $360.00 | (1) Lumping |
| 21-Jan | BK-03 | Participated on a conference call with Mike H. (debtor) and Anne H. (bank) regarding bank and equity sales issues. |  | 0.60 | $270.00 |  |
| 22-Jan | BK-16 | Participated on a conference call with lawyers (debtor counsel) and Erik regarding II EPA and new APA. |  | 1.70 | $765.00 |  |
| 24-Jan | BK-16 | Briefing with Jon F. regarding sales process. |  | 0.30 | $135.00 |  |
| 24-Jan | BK-16 | Briefing with Erik (debtor) regarding APA and bank issues. |  | 0.60 | $270.00 |  |
| 25-Jan | BK-03 | Update call with Mike H. (debtor) |  | 0.10 | $45.00 | (2) Insuff. Desc. |
| 25-Jan | BK-16 | All professional conference call re APA |  | 0.50 | $225.00 |  |
| 26-Jan | BK-16 | Further emails and conversations regarding APA and guarantee |  | 0.20 | $90.00 |  |
| 26-Jan | BK-16 | Phone conversation to answer Josh A (creditor FA) questions |  | 0.30 | $135.00 |  |
| 26-Jan | BK-03 | Get docs from Erik (debtor), discuss case issues (APA, cc fin advisor mtg) |  | 0.20 | $90.00 | (1) Lumping |
| 29-Jan | BK-03 | Lawyer (debtor counsel) conference call updates |  | 0.30 | $135.00 | (2) Insuff Desc |
| 29-Jan | BK-03 | Second lawyer conf call adding Eric (debtor) and Marks Stang |  | 0.20 | $90.00 | (2) Insuff Desc. |
| 25-Jan | BK-16 | Email to Anne H. (bank) re sales process |  | 0.30 | $135.00 |  |
| 25-Jan | BK-16 | Review Teaser and comments |  | 0.30 | $135.00 |  |
| 26-Jan | BK-16 | Conversations with guarantor, bank, and debtor to settle guarantee issues so APA can be finalized |  | 0.60 | $270.00 | (1) Lumping |
| 26-Jan | BK-16 | Reply to TF (creditor counsel) and JF emails about marketing efforts |  | 0.20 | $90.00 |  |
| 26-Jan | BK-16 | Review new APA |  | 0.40 | $180.00 |  |
| 26-Jan | BK-16 | Reply to TF (creditor counsel) email about marketing |  | 0.20 | $90.00 |  |
| 28-Jan | BK-16 | Emails, calls, texts re sales process, teasers setting up data room. Set up and populate data room |  | 2.30 | $1,035.00 | (1) Lumping |
| 29-Jan | BK-16 | Data room activities, contacting potential bidders |  | 1.40 | $630.00 | (1) Lumping |
| 29-Jan | BK-16 | Conf call with lawyers (debtor counsel) and creditor committee re sale process |  | 0.30 | $135.00 |  |
| 29-Jan | BK-16 | Follow ups with responders to emailing |  | 0.20 | $90.00 |  |
| EXPENSES |  |  |  |  |  |  |
|  |  | This Page Total | $ - | 39.50 | $17,775.00 |  |

|  |  |  | Through: | | 31-Jan-16 |
|---|---|---|---|---|---|
| Client Name: Agri-Fine, Inc | | | | | |
| Client # : 40-02-15 | | | | | |
| Associate: Jenny Armstrong | | | | | |
| Associate's Home Office : Boston | | | Client's Home Office : | Illinois | |

| Date | BK-CODE | Description | Expenses | Hours | Fees |
|---|---|---|---|---|---|
| 5-Jan | BK-03 | Reviewed and responded to messages regarding data room requirements. | | 0.20 | $ 65.00 |
| 6-Jan | BK-03 | Provisioned data room for sharing asset sale information. | | 1.10 | $ 357.50 |
| 6-Jan | BK-03 | Reviewed and responded to message regarding data room requirements. | | 0.10 | $ 32.50 |
| 7-Jan | BK-03 | Uploaded relevant case information and notes to data room and circulated for inspection. | | 0.20 | $ 65.00 |
| 8-Jan | BK-03 | Created project workspace on SharePoint for KCP staff. | | 0.70 | $ 227.50 |
| 13-Jan | BK-03 | Reviewed and responded to messages regarding filings. | | 0.10 | $ 32.50 |
| 27-Jan | BK-03 | Reviewed and responded to messages regarding data room, teaser and language for users. | | 0.30 | $ 97.50 |
| 28-Jan | BK-03 | Uploaded language and confidentiality information to data room. | | 0.10 | $ 32.50 |
| 28-Jan | BK-03 | Provisioned user licenses for bankruptcy professionals; Invited to data room. | | 1.50 | $ 487.50 |
| 29-Jan | BK-03 | Provisioned user licenses for potential investors; Invited to data room. | | 0.40 | $ 130.00 |
| 30-Jan | BK-03 | Updated tracking log. | | 0.10 | $ 32.50 |
| EXPENSES | | | | | |
| | | This Page Total | $ - | 4.80 | $ 1,560.00 |

(i) Lumpin
(i) Lumpin

|  |  |  |  | Through: | | 31-Jan-16 |
|---|---|---|---|---|---|---|
| Client Name: Agri-Fine, Inc | | | | | | |
| Client #: 40-02-15 | | | | | | |
| Associate: Jacen Dinoff | | | | | | |
| Associate's Home Office: Boston | | | | Client's Home Office: | Illinois | |

| Date | BK-CODE | Description | Expenses | Hours | Fees | |
|---|---|---|---|---|---|---|
| 4-Jan | BK-16 | Briefings regarding asset sale teaser preparation. | | 0.10 | $ 52.50 | |
| 4-Jan | BK-16 | Reviewed and revised offer teaser; Briefings with M. Goldman (KCP). | | 0.20 | $ 105.00 | (1) Lumping |
| 5-Jan | BK-03 | Briefings with M. Goldman (KCP) to coordinate case activities. | | 0.10 | $ 52.50 | |
| 6-Jan | BK-02 | Briefings with M. Goldman (KCP) to coordinate case activities; Participated in a conference call with Credit Committee. | | 0.70 | $ 367.50 | (1) Lumping |
| 7-Jan | BK-16 | Briefings to identify parties interested in assets. | | 0.30 | $ 157.50 | |
| 13-Jan | BK-03 | Review case updates. | | 0.10 | $ 52.50 | (2) Insuff D |
| 14-Jan | BK-03 | Reviewed and responded to messages. | | 0.10 | $ 52.50 | (2) Insuff D |
| 27-Jan | BK-16 | Briefings with M. Goldman (KCP) and counsel to coordinate revisions to teaser for distribution. | | 0.20 | $ 105.00 | |
| 28-Jan | BK-16 | Briefings with M. Goldman (KCP) regarding contact with various parties for review of investment opportunity in Agri-Fine. | | 1.10 | $ 577.50 | |
| 29-Jan | BK-03 | Prepared for and participated in a conference call with Credit Committee on status of asset sale process. | | 0.80 | $ 420.00 | |
| 29-Jan | BK-16 | Reviewed and responded to messages to solicit interest from various parties. | | 0.30 | $ 157.50 | |
| EXPENSES | | | | | | |
| | | This Page Total | $ - | 4.00 | $ 2,100.00 | |

|  |  |  |  | Through: | | 29-Feb-16 |
|---|---|---|---|---|---|---|
|  | Client Name: Agri-Fine, Inc | | | | | |
|  | Client #: 40-02-15 | | | | | |
|  | Associate: Michael Goldman | | | | | |
|  | Associate's | | | Client's | | |
|  | Home Office: Chicago | | | Home Office: Texas | | |

| Date | BK-CODE | Description | Expenses | Hours | Fees | |
|---|---|---|---|---|---|---|
| 1-Feb | BK-16 | Reviewed and revised advertisements for inclusion in Daily DAC forum. | | 0.20 | $ 90.00 | |
| 2-Feb | BK-04 | Briefings with counsel to coordinate case activities. | | 0.20 | $ 90.00 | |
| 2-Feb | BK-16 | Briefings regarding stranded inventory with Dino, lawyers | | 0.20 | $ 90.00 | |
| 2-Feb | BK-16 | Briefings on sale opportunity with Scott Lavie (Renovo). | | 0.20 | $ 90.00 | |
| 3-Feb | BK-16 | Briefings with Debtor and counsel regarding inventory at Westway | | 0.20 | $ 90.00 | |
| 3-Feb | BK-02 | Reviewed and responded to messages related to guarantee releases. | | 0.20 | $ 90.00 | |
| 3-Feb | BK-16 | Reviewed and responded to potential bidders. | | 0.80 | $ 360.00 | |
| 3-Feb | BK-16 | Identified and contacted potential bidders on assets. | | 0.60 | $ 270.00 | |
| 5-Feb | BK-02 | Participated in a conference call with Erik and counsel. | | 0.50 | $ 225.00 | (2) Insuff |
| 5-Feb | BK-16 | Briefings with prospective bidders and prepared update reporting. | | 0.60 | $ 270.00 | (1) Lump |
| 5-Feb | BK-02 | Briefings with unsecured creditors re marketing efforts | | 0.20 | $ 90.00 | |
| 9-Feb | BK-01 | Prepared fee application. | | 0.40 | $ 180.00 | |
| 12-Feb | BK-03 | Participated in a conference with debtor and creditor counsel. | | 0.20 | $ 90.00 | (2) Insuff |
| 15-Feb | BK-16 | Reviewed and responded to messages from Mike Rice, Vaughn Barber regarding sale. | | 0.30 | $ 135.00 | |
| 15-Feb | BK-03 | Reviewed and responded to messages regarding operating reports, sale, other issues. | | 0.40 | $ 180.00 | |
| 18-Feb | BK-03 | Prepared messages for potential buyers and counsel; updated tracking reports; briefing with Eric. | | 0.50 | $ 225.00 | (1) Lump |
| 22-Feb | BK-03 | Review insider transaction listings, question Marie, discuss with Jack | | 0.70 | $ 315.00 | (1) Lump |
| 23-Feb | BK-03 | Participated in a conference call with Lisa and Mark Stang | | 0.30 | $ 135.00 | (2) Insuff |
| 23-Feb | BK-03 | Prepared an update detailing Cash, creditor questions with Marie | | 0.40 | $ 180.00 | (1) Lump |
| 23-Feb | BK-03 | Reviewed and responded to messages to coordinate case activities including Credit Committee requests | | 0.20 | $ 90.00 | |
| 25-Feb | BK-03 | Briefings regarding Credit Committee questions with Marie | | 0.70 | $ 315.00 | |
| 25-Feb | BK-03 | Briefing with L. Vandesteeg on Committee questions. | | 0.10 | $ 45.00 | |
| EXPENSES | | | | | | |
| | | This Page Total | $ - | 8.10 | $ 3,645.00 | |

|  |  |  | Through: | | 29-Feb-16 |
|---|---|---|---|---|---|
| Client Name: Agri-Fine, Inc | | | | | |
| Client #: 40-02-15 | | | | | |
| Associate: Jenny Armstrong | | | | | |
| Associate's Home Office: Boston | | | Client's Home Office: Massachusetts | | |

| Date | BK-CODE | Description | Expenses | Hours | Fees |
|---|---|---|---|---|---|
| 4-Feb | BK-03 | Provisioned user licesnses for potential investors; Invited to data room. | | 0.40 | $ 130.00 |
| 4-Feb | BK-03 | Updated tracking log. | | 0.10 | $ 32.50 |
| 6-Feb | BK-09 | Participated in a work session to review and prepare time descriptions for fee application. | | 0.60 | $ 195.00 |
| | | | | | |
| EXPENSES | | | | | |
| | | This Page Total | $ - | 1.10 | $ 357.50 |

(1) lump

|  |  | Through: |  | 29-Feb-16 |
|---|---|---|---|---|

Client Name: Agri-Fine, Inc
Client # : 40-02-15
Associate: Jacen Dinoff
Associate's Home Office: Boston
Client's Home Office: Texas

| Date | BK-CODE | Description | Expenses | Hours | Fees |
|---|---|---|---|---|---|
| 2-Feb | BK-16 | Briefing with Renovo Capital on potential acquisition of company. |  | 0.60 | $ 315.00 |
| 3-Feb | BK-16 | Briefings with prospective investors. |  | 0.20 | $ 105.00 |
| 4-Feb | BK-03 | Briefings with M. Goldman (KCP) to coordinate case activities. |  | 0.10 | $ 52.50 |
| 9-Feb | BK-09 | Participated in a work session to prepare fee applications. |  | 0.50 | $ 262.50 |
| 17-Feb | BK-03 | Briefings with M. Goldman (KCP) to coordinate case activities. |  | 0.20 | $ 105.00 |
| EXPENSES |  |  |  |  |  |
|  |  | This Page Total | $ - | 1.60 | $ 840.00 |