# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Agri-Fine, Inc., | ) | Case No. 15-41000 |
| | ) | |
| Debtor. | ) | Honorable Timothy A. Barnes |
| | ) | |

---

## NOTICE OF MOTION

*Please take notice* that on **July 20, 2016** at **10:00 a.m.** or as soon thereafter as counsel may be heard, we will appear before the Honorable Timothy A. Barnes, United States Bankruptcy Judge, or any other judge sitting in his stead, in Courtroom 744 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois and then and there present the attached *Second and Final Application of the Stang Law Firm as Special Litigation Counsel to the Debtor*, at which time and place you may appear as you see fit.

If you have any objection to the Application, please file and serve the objection by **July 13, 2016**.

Date: June 24, 2016

*The Stang Law Firm*

By:   /s/ Jonathan Friedland
        One of the Debtor's Attorneys

Jonathan P. Friedland, Esq. (IL No. 6257902)
Elizabeth B. Vandesteeg, Esq. (IL No. 6291426)
Jack O'Connor, Esq. (IL No. 6302674)
**SUGAR FELSENTHAL GRAIS & HAMMER LLP**
30 N. LaSalle St., Ste. 3000
Chicago, Illinois 60602
Telephone:  312.704.9400
Facsimile:  312.372.7951
jfriedland@SugarFGH.com
evandesteeg@SugarFGH.com
joconnor@SugarFGH.com

*Counsel to the Debtor*

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on June 24, 2016, a true and correct copy of the *Second and Final Application of the Stang Law Firm as Special Litigation Counsel to the Debtor* was served via the Court's CM/ECF system and electronic mail upon the parties appearing on the service list below.

Date: June 24, 2016                 By:   /s/  Jack O'Connor
                                          One of the Debtor's attorneys

## Service List

*Via ECF and E-Mail:*

**The Office of the U.S. Trustee**
U.S. Trustee Patrick S. Layng
Attn: Ms.Kimberly Bacher, Esq.
219 S. Dearborn St., Room 873
Chicago, IL 60604
Kimberly.Bacher@usdoj.gov

**Counsel to the Creditors' Committee**
Goldstein & McClintock, LLLP
Attn: Thomas Fawkes, Esq., & Brian Jackiw, Esq.
208 S. LaSalle St., Ste. 1750
Chicago, IL 60604
tomf@restructuringshop.com
brianj@restructuringshop.com

**Counsel to Standard Bank & Trust Company**
Arnstein & Lehr, LLP
Attn: David A. Golin, Esq., &
Konstantinos Armiros, Esq.
120 South Riverside Plaza, Ste. 1200
Chicago, IL 60606
dagolin@arnstein.com
karmiros@arnstein.com

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Agri-Fine, Inc. | ) | Case No. 15-41000 |
| | ) | |
| Debtor. | ) | Honorable Timothy A. Barnes |

---

**COVER SHEET**

**SECOND AND FINAL APPLICATION OF THE STANG LAW FIRM FOR COMPENSATION & REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO THE DEBTOR**

---

| | |
|---|---|
| Name of Applicant: | The Stang Law Firm |
| Authorized to provide services to: | Agri-Fine, Inc. |
| Effective Date of Retention: | December 2, 2015 (Dkt. 87) |
| Period for which compensation is sought: | December 2, 2015 through May 31, 2016 |
| Amount of compensation sought as actual, reasonable, and necessary: | $51,840.00 |
| Amount of expense reimbursement sought: | $4.80 |
| Total request: | $51,844.80 |

This is a **final** application

Date:   June 24, 2016

SUGAR FELSENTHAL GRAIS & HAMMER LLP

By:  _____/s/ Jonathan Friedland, Esq._____

SFGH:4815-7919-8767v1

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Agri-Fine, Inc., | ) | Case No. 15-41000 |
| | ) | |
| Debtor. | ) | Honorable Timothy A. Barnes |
| | ) | |

---

**SECOND AND FINAL APPLICATION OF THE STANG LAW FIRM FOR COMPENSATION & REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO THE DEBTOR**

---

The Stang Law Firm (the "*Stang Firm*"), special litigation counsel to Agri-Fine, Inc., (the "*Debtor*"), the debtor and debtor-in-possession in the above-captioned chapter 11 case (the "*Case*"), submits this Second and Final Application of The Stang Law Firm for Compensation & Reimbursement of Expenses as Special Litigation Counsel to the Debtor (the "*Fee Application*") under § 331 of title 11 of the United States Code (the "*Bankruptcy Code*"), Federal Rule of Bankruptcy Procedure 2016, Local Rule 5082-1, and according to the Court's *Administrative Order Establishing Procedures for Interim Compensation & Reimbursement of Expenses of Professionals & Committee Members* (the "*Compensation Order*"). (Dkt. 99.)  In support of this Fee Application, the Stang Firm states:

## I. JURISDICTION & VENUE

1.     The Court has jurisdiction over this matter under 28 U.S.C. § 1334 and 28 U.S.C. § 157(a). This is a core proceeding under 28 U.S.C. § 157(b). Venue is proper in this District under 28 U.S.C. §§ 1408 and 1409.

2.     The statutory bases for the relief requested in this Application are §§ 330, 331, 503(b), and 507(a)(2) of the Bankruptcy Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*"), and Local Rule 5082-1.

## II.  CASE BACKGROUND & SUMMARY OF THE STANG FIRM'S INTERIM FEES & EXPENSES

3.       On December 2, 2015 (the "*Petition Date*"), the Debtor filed a voluntary petition for bankruptcy relief under Chapter 11 of the Bankruptcy Code. The Debtor submitted an application to employ the Stang Firm as its special litigation counsel under § 327(e) of the Bankruptcy Code on December 30, 2015. (Dkt. 73.)[1]

4.       The Court entered an order approving the Debtor's Application to employ the Stang Firm as its special litigation counsel, retroactive to the Petition Date, on January 12, 2016. (Dkt. 87.)

5.       The Stang Firm submits this Fee Application, seeking allowance of its fees and expenses for the period beginning December 2, 2016, through May 31, 2016 (the "*Application Period*") on a final basis. As allowed under the Compensation Order, the Stang Firm submitted one interim application for fees and reimbursement of expenses (the "*First Interim Fee Application*"), for the period beginning December 2, 2015 through February 29, 2016. The Court granted the First Interim Fee Application on an interim basis, and entered *Order Awarding First Interim Compensation and Reimbursement of Expenses to The Stang Law Firm as Special Litigation Counsel to the Debtor* (the "*Interim Fee Order*") (Dkt. 204.)

---

[1]   The Court entered the Compensation Order on January 27, 2016. (Dkt. 99.)  The Compensation Order authorizes each professional retained in this Case, including the Stang Firm, to file and serve on the parties identified in the Compensation Order (the "*Notice Parties*") monthly statements of fees and expenses. If no timely objection was filed before the expiration of the objection period, the Debtor was authorized to pay each professional 80% of the fees and 100% of the expenses requested in the monthly statement.

SFGH:4815-7919-8767v1

6. The First Interim Fee Application, along with the amounts allowed by the Court under the Interim Fee Order are summarized as follows:

| Date Filed (Dkt. No.) | Period Covered | Fees Requested | Expenses Requested | Fees Allowed | Expenses Allowed |
|---|---|---|---|---|---|
| 03.20.16 (Dkt. 186) | 12.02.15 – 02.29.16 | $35,790.00 | $0.00 | $35,790.00 | $0.00 |

7. The Stang Firm also filed monthly statements for interim compensation and expense reimbursement covering the months of March and April 2016 (collectively, the "*Monthly Statements*"). No party objected to any of the Monthly Statements. The amounts sought under each Monthly Statement are summarized as follows:

| Date Filed & (Dkt. No.) | Monthly Period | Fees | Expenses | Fees Approved (80%) | Expenses Approved (100%) |
|---|---|---|---|---|---|
| 02.23.16 (Dkt. 139) | 03.01.15 – 03.31.16 | $12,420.00 | $4.80 | $9,936.00 | $4.80 |
| 03.11.16 (Dkt. 241) | 04.01.16 – 04.30.16 | $2,280.00 | $0.00 | $1,824.00 | $0.00 |
| | Totals: | $14,700.00 | $4.00 | $11,760.00 | $4.80 |

8. For the period beginning May 1, 2016 through the May 31, 2016, SugarFGH also incurred fees and expenses for which it seeks compensation under this Final Fee Application. These amounts are summarized as follows (the "*May Monthly Statement*"):

| Monthly Period | Fees | Expenses |
|---|---|---|
| 05.01.16 – 05.31.16 | $1,350.00 | $0.00 |

9. Under the Interim Fee Order, Compensation Order, and the Monthly Statements, SugarFGH has received interim payments totaling $47,554.80 for its fees and expenses to date. Accordingly, presuming this Fee Application is allowed in full–the Stang Firm shall be due a total amount of compensation for fees and expenses equaling $4,290.00.

10. This application is the Stang Firm's second and final request for allowance of fees

3

and reimbursement of expenses. Under this Fee Application, the Stang Firm seeks an order (a) allowing and approving final compensation to the Stang Firm of **$51,840.00** as final compensation for professional services rendered and reimbursement of **$4.80** for actual and necessary expenses incurred by the Stang Firm during the Application Period; and (b) authorizing payment to the Stang Firm for amounts approved under the Fee Application not already paid by the Debtor, subject in all respects to orders of this Court.

11.    All services for which the Stang Firm seeks compensation under this Application were performed for or on behalf of the Debtor by Mr. Mark Stang, Esq. Attached to this Application as *Exhibit A*, in the form of the Stang Firm's Monthly Statements, are detailed statements of fees incurred during the Application Period in the total amount of $51,840.00. The time described in the billing statements attached to this Application represents the actual amount of time spent or, in certain instances, less than the actual amount of time spent by the Stang Firm for the services described. In certain instances, the time reflected in the billing statements has been reduced in an effort by the Stang Firm to eliminate excessive, duplicative, or in hindsight, unnecessary or unproductive services.

12.    The Stang Firm's hourly rate of compensation for Mr. Stang during the Application Period was $300.00. Mr. Stang's rate is comparable to, or lower than, rates charged by other practitioners having the same level of experience, expertise, and standing for similar services. The Stang Firm consistently and consciously made every reasonable effort to represent the Debtor in the most economical, efficient, and practical manner possible.

13.    The Stang Firm submits that the compensation sought under this Fee Application represents a fair and reasonable amount for the services rendered during the Application Period given the criteria set forth in §§ 327 and 330 of the Bankruptcy Code for evaluating applications

SFGH:4815-7919-8767v1

for compensation, namely:

    (i)   the nature, extent and value of the services;

    (ii)  the time spent;

    (iii) the rates charged for such services;

    (iv) the performance of the services within a reasonable amount of time commensurate with the complexity, importance and the nature of the problem, issue or task addressed; and

    (v)  the reasonableness of the services based on the compensation charged by comparably skilled practitioners in other bankruptcy and non-bankruptcy matters.

### III.   SUMMARY OF SERVICES RENDERED & EXPENSES INCURRED DURING THE APPLICATION PERIOD

14.   During the Application Period, the Stang Firm, through Mr. Stang, spent a total of **172.8** hours providing professional services to the Debtor in this case at a total cost of **$51,840.00**. The Stang Firm submits that the time spent and expenses incurred during the Application Period were necessary and appropriate under the circumstances, with the Stang Firm attending to essential tasks during the Application Period.

### A.  Summary Description of Services Rendered By Category

15.   The services rendered by the Stang Firm during the Application Period are grouped into 6 categories, and the attorneys and paraprofessionals who rendered those services are identified—along with the number of hours spent by each individual and the total compensation sought for each category—in the attachments to this Fee Application. With the exception of the "General," billing category, each of the Stang Firm's categories refers to counterparties to litigation (collectively, the "*Litigation Matters*") in which the Stang Firm serves as special litigation counsel to the Debtor. These categories are (1) General; (2) Equivoice; (3) Express Chemical; (4) GLNX; (5) Hurt Class Action; and (6) IEPA. A summary of the time billed under each category follows:

5

| Category | Hours | Subtotal |
|----------|-------|----------|
| General | 16.0 | $ 4,800.00 |
| Equivoice | 0.2 | $ 60.00 |
| Express Chemical | 21.1 | $ 6,330.00 |
| GLNX | 12.5 | $ 3,750.00 |
| Hurt Class Action | 4.9 | $ 1,470.00 |
| IEPA | 118.1 | $ 5,430.00 |
| **Total:** | **172.8** | **$ 51,840.00** |

16.    With respect to the "General" billing category, the Stang Firm billed under this category for compensable time Mr. Stang spent during the Application Period working as the Debtor's special litigation counsel, but not attributable to any single Litigation Matter. In addition, time billed under this category often was spent corresponding with various litigation counterparties regarding the Debtor's bankruptcy filing, and informing these parties that they were stayed from taking postpetition action against the Debtor.

17.    Finally, the billing category under which the Stang Firm expended the most significant amount of time during the Fee Application Period was the IEPA. During the Fee Application, litigation filed against the Debtor by the Illinois Environmental Protection Agency (the "*IEPA*") was not stayed. Therefore, the Stang Firm was required to expend significant effort during the Fee Application Period engaging in active litigation matters, including drafting motions and documents supporting those motions; corresponding with the IEPA's counsel; responding to and preparing various discovery requests in the case; corresponding with the Debtor's chapter 11 counsel regarding the prepetition claims raised by the IEPA against the Debtor and analyzing these claims; and corresponding with other parties in interest in the chapter 11 case, at the Debtor's request, regarding the IEPA litigation and claims.

**B.  Expenses Incurred**

18.    The Stang Firm did incurred a total of $4.80 in expenses during the Fee Application Period for which it requests reimbursement. These expenses were related to research

6

requests. The Stang Firm does not bill its clients or seek compensation in this Fee Application for certain overhead expenses, such as local and long-distance telephone calls, secretarial services, and facsimile transmissions.  Such expenses are factored into the Stang Firm's hourly rates.

**C.  The Stang Firm Provided a Benefit to the Estate During the Fee Application Period**

19.     The Stang Firm's services rendered during the Application Period were beneficial to the Debtor's estate and creditors in this case, and its requested compensation should be approved on a final basis.

20.     The Stang Firm provided valuable assistance and guidance to the Debtor as its special litigation counsel throughout the Fee Application Period. As the Debtor's prepetition litigation counsel, the Stang Firm continued to work postpetition to ensure the Debtor was adequately represented in the Litigation Matters, and worked to ensure that it did not engage in activities duplicative of the Debtor's other professionals in this chapter 11 case. The Stang Firm specifically coordinated its efforts with the Debtor's chapter 11 counsel, Sugar Felsenthal Grais & Hammer, LLP, to work in a complementary capacity and avoid charging the Debtor for duplicative services.

21.     The Stang Firm actively and zealously represented the Debtor in the Litigation Matters as its special litigation counsel.  The Stang Firm's services rendered during the Fee Application Period were beneficial to the estate and creditors, and its requested compensation should be approved on a final basis.

**D.  The Stang Firm Has Provided Adequate Notice and Opportunity to Object to this Fee Application**

22.     In compliance with Bankruptcy Rule 2002(a)(6) and the Compensation Order, the Stang Firm has provided 21 days' notice of this Fee Application to (a) counsel for the

SFGH:4815-7919-8767v1

Committee; (b) counsel for Standard Bank & Trust Company; (c) the Office of the United States Trustee; and (d) parties who have filed a notice of appearance with the Clerk of the Court and requested notice of filings in this Case.

23.     Objections to this Application may be made in writing by **July 13, 2016**, filed with the Clerk of this Court and sent to Sugar Felsenthal Grais & Hammer LLP, c/o Jonathan Friedland, Esq., 30 N. LaSalle St., Ste. 3000, Chicago, IL 60602.

*Wherefore*, the Stang Firm requests that this Court enter an order substantially in the form attached to this Fee Application that:

(a) Allows and approves final compensation to the Stang Firm for $51,840.00 for professional services rendered, and reimbursement of $4.80 for actual and necessary expenses incurred by the Stang Firm during the Fee Application Period as the Debtor's special litigation counsel;

(b) Authorizes payment to the Stang Firm for amounts approved under the Fee Application, including those not already paid by the Debtor, subject in all respects to pending orders of this Court; and

(c) Provides the Stang Firm with such additional relief as may be appropriate under the circumstances.

8

Date: June 24, 2016                                      *The Stang Law Firm*

                                                   By:   /s/ Jonathan Friedland
                                                        One of the Debtor's Attorneys

                                                   Jonathan P. Friedland, Esq. (IL No. 6257902)
                                                   Elizabeth B. Vandesteeg, Esq. (IL No. 6291426)
                                                   Jack O'Connor, Esq. (IL No. 6302674)
                                                   **SUGAR FELSENTHAL GRAIS & HAMMER LLP**
                                                   30 N. LaSalle St., Ste. 3000
                                                   Chicago, Illinois 60602
                                                   Telephone:  312.704.9400
                                                   Facsimile:   312.372.7951
                                                   jfriedland@SugarFGH.com
                                                   evandesteeg@SugarFGH.com
                                                   joconnor@SugarFGH.com

SFGH:4815-7919-8767v1

# Exhibit A

## *Stang Law Firm Billing & Expense Detail*

# Stang-Law Firm

**584 Hyacinth Place**
**Highland Park, IL 60035-1265**

**PHONE: (847) 432-2073   mstang@stang-law.com   www.stang-law.com**

# INVOICE

INVOICE NUMBER: 106
INVOICE DATE: FEBRUARY 01, 2016

Mr. Erik Hoelzeman
Agri-Fine, Inc.
2701 E. 100th Street
Chicago, IL 60617

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| DEC-03-15 | General | Telephone conference with BNSF counsel re: bankruptcy filing and upcoming return date and status hearing (.30); draft email to BNSF counsel re: forbearance from filing appearance and attending status hearing and need to enter order transferring case to circuit court's bankruptcy stay calendar. (.20) | 0.50 | $300.00 | $150.00 |
| DEC-03-15 | General | Review Progressive Protein emails and draft email to bankruptcy counsel re: scheduling of creditor (.20); draft email to Progressive Protein's counsel re: automatic stay, factual predicate for Nebraska complaint, and demand for dismissal or stay and potential contempt proceedings (.40). | 0.60 | $300.00 | $180.00 |
| DEC-03-15 | General | Review and respond to email from bank to counsel re: Metropolitan Water Reclamation District claims (.40); telephone conferences with Mr. Hoelzeman prior to and following court appearance re: all pending litigation (.80). | 1.20 | $300.00 | $360.00 |
| DEC-04-15 | General | Review demand letter from general counsel of Attorney General Processing, Agri-Fine vendor, for return of product supplied in October 2015 (.30); draft email forwarding same to Mr. Friedland (.10). | 0.40 | $300.00 | $120.00 |
| DEC-04-15 | General | Review pleadings (.40) and review and respond to information request from Ms. Vandesteeg re: BNSF v. Agri-Fine litigation and Progressive Protein v. Agri-Fine litigation (.50). | 0.90 | $300.00 | $270.00 |
| DEC-07-15 | General | Review email from Progressive Protein counsel re: withdrawal of motion for default and review motion and notice of hearing (.10); draft email re: same to Mr. Hoelzeman (.20); draft response to Omaha counsel for Progressive Protein and email forwarding same to Mr. Hoelzeman (.10). | 0.40 | $300.00 | $120.00 |
| DEC-21-15 | General | Telephone conference with Mr. Hoelzeman re: plant manager employment issues and related corporate considerations. | 0.80 | $300.00 | $240.00 |

INVOICE NUMBER: 106

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| DEC-23-15 | General | Reviewed demand letter and notice of sale correspondence from Westway terminals (.20); review prior correspondence with Westway; draft email to Mr. Hoelzeman re: same and review response (.30). | 0.50 | $300.00 | $150.00 |
| JAN-12-16 | General | Conference with Mr. Hoelzeman and bankruptcy counsel to discuss status of pending Agri-Fine litigation including IEPA/AG litigation. | 1.50 | $300.00 | $450.00 |
| JAN-12-16 | General | Attend bankruptcy proceedings prepared to respond to queries regarding pending civil litigation against Agri-Fine (1.30); note statements by Assistant Attorney General Katie Pamenter re: legal issues attendant to pending enforcement action (.30); conference with Mr. Hoelzeman re: same (.90). | 2.50 | $300.00 | $750.00 |
| JAN-13-16 | General | Review report from class action plaintiff's counsel in Hurt re: stay of case and circuit judge's preference for stay over transfer to bankruptcy stay calendar. | 0.20 | $300.00 | $60.00 |
| JAN-13-16 | General | Review request from Mr. Friedland, debtor's counsel, for evaluation of potential antitrust claim against Archer Daniel Midlands (.20); review Sherman Act and Utah Pie litigation opinions (.30); draft email to Mr. Friedland re: potential antitrust action. (50). | 1.00 | $300.00 | $300.00 |
| JAN-15-16 | General | Telephone conference with Mr. Hoelzeman re: employment issues leading up to potential sale of Agri-Fine's assets. | 1.10 | $300.00 | $330.00 |
|  |  | Total hours for this invoice | 11.60 |  |  |
|  |  | Total amount of this invoice |  |  | $3,480.00 |

# Stang-Law Firm

**584 Hyacinth Place**
**Highland Park, IL 60035-1265**

**PHONE: (847) 432-2073   mstang@stang-law.com   www.stang-law.com**

# INVOICE

INVOICE NUMBER:  125
INVOICE DATE:  APRIL 01, 2016

Mr. Erik Hoelzeman
Agri-Fine, Inc.
2701 E. 100th Street
Chicago, IL 60617

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| MAR-25-16 | General | Review complaint and related court papers from Anthony Pit & Lagoon, freight hauling vendor, received as attorney and registered agent for Agri-Fine (.40); draft report letter re: same to debtor's counsel. (.30). | 0.70 | $300.00 | $210.00 |
| | | Total hours for this invoice | 0.70 | | |
| | | Total amount of this invoice | | | $210.00 |

# Stang-Law Firm

**584 Hyacinth Place**
**Highland Park, IL 60035-1265**

**PHONE: (847) 432-2073    mstang@stang-law.com    www.stang-law.com**

# INVOICE

INVOICE NUMBER:  143
INVOICE DATE:  MAY 02, 2016

Mr. Erik Hoelzeman
Agri-Fine, Inc.
2701 E. 100th Street
Chicago, IL 60617

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| APR-07-16 | General | Review Westway terminal lease documentation (.50); telephone conference with Mr. Hoelzeman re: Westway default in terms of loading interphase and acid oil onto Agri-Fine trucks, ensuing breach of contract, and potential remedy of set-off of damages against Westway invoices.(.70) | 1.20 | $300.00 | $360.00 |
| APR-08-16 | General | Telephone conference with Erik Hoelzeman re: employee issues (1.20); telephone conference with debtor's counsel re: employee issues and potential liability under Wage Payment and Collection Act (.50); examination of Illinois law re: Wage Payment Act and liabilities thereunder (.80). | 2.50 | $300.00 | $750.00 |
| | | Total hours for this invoice | 3.70 | | |
| | | Total amount of this invoice | | | $1,110.00 |

# Stang-Law Firm

**584 Hyacinth Place**
**Highland Park, IL 60035-1265**

**PHONE: (847) 432-2073    mstang@stang-law.com    www.stang-law.com**

# INVOICE

INVOICE NUMBER:  104
INVOICE DATE:  FEBRUARY 01, 2016

Mr. Erik Hoelzeman
Agri-Fine, Inc.
2701 E. 100th Street
Chicago, IL 60617

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| JAN-04-16 | Equivoice | Draft email to Debtor's counsel with information re: Equivoice's unsecured claim. | 0.20 | $300.00 | $60.00 |
| | | Total hours for this invoice | 0.20 | | |
| | | Total amount of this invoice | | | $60.00 |

# Stang-Law Firm

**584 Hyacinth Place**
**Highland Park, IL 60035-1265**

**PHONE: (847) 432-2073   mstang@stang-law.com   www.stang-law.com**

# INVOICE

INVOICE NUMBER:  105
INVOICE DATE:  FEBRUARY 01, 2016

Mr. Erik Hoelzeman
Agri-Fine, Inc.
2701 E. 100th Street
Chicago, IL 60617

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| DEC-03-15 | Express Chem and Tucker, Albin | Emails with bankruptcy counsel re: need for inclusion of Express Chem claim on top 20 creditors list. | 0.30 | $300.00 | $90.00 |
| DEC-08-15 | Express Chem and Tucker, Albin | Draft email to Ms. Vandesteeg with prior emails concerning adding Express Chem to Top 20 creditor list and serving same on Express Chem's counsel (.20); review amended Top 20 list (.10); prepare order transferring case to bankruptcy stay calendar (.20). | 0.50 | $300.00 | $150.00 |
| DEC-08-15 | Express Chem and Tucker, Albin | Telephone conference with Rich Polony re: transfer of case and future determination of pursuit of Agri-Fine's claim (.20); draft email to Mr. Polony with amended Top 20 list and proposed transfer order (.20), and email to Mr. Hoelzeman re: same (.10); telephone conference with Mr. Hoelzeman re; strategy for Express Chem claim (.30). | 0.80 | $300.00 | $240.00 |
| DEC-09-15 | Express Chem and Tucker, Albin | Review email from Express Chem counsel with bankruptcy stay calendar order (.20); draft email to Mr. Hoelzeman re: same (.10) and email to bankruptcy counsel re strategic and procedural considerations for claims against Express Chem and Tucker, Albin (.40). | 0.70 | $300.00 | $210.00 |
| DEC-14-15 | Express Chem and Tucker, Albin | Telephone conference with Mr. Hoelzeman re: claims against Express Chem and Tucker, Albin. | 0.30 | $300.00 | $90.00 |
| JAN-04-16 | Express Chem and Tucker, Albin | Telephone conference with with Debtor's counsel re: Express Chem claims (.30) and draft email re: same with information for SOFA (.20). | 0.50 | $300.00 | $150.00 |
| | | Total hours for this invoice | 3.10 | | |
| | | Total amount of this invoice | | | $930.00 |

# Stang-Law Firm

**584 Hyacinth Place**
**Highland Park, IL 60035-1265**

**PHONE: (847) 432-2073   mstang@stang-law.com   www.stang-law.com**

# INVOICE

INVOICE NUMBER:  121
INVOICE DATE:  MARCH 01, 2016

Mr. Erik Hoelzeman
Agri-Fine, Inc.
2701 E. 100th Street
Chicago, IL 60617

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| FEB-19-16 | Express Chem and Tucker, Albin | Telephone conference with Mr. Erik Hoelzeman re: Express Chem status and potential ongoing claim against Express Chem for breach of warranty and tortious interference. | 0.40 | $300.00 | $120.00 |
| FEB-19-16 | Express Chem and Tucker, Albin | Telephone conference with Ms. Vandesteeg re: status of Debtor's claim in Express Chem and strategy for securing settlement during bankruptcy case or liquidating trust phase. | 0.70 | $300.00 | $210.00 |
| FEB-25-16 | Express Chem and Tucker, Albin | Review and analyze electronic .pdf correspondence and discovery requests (1.0); review and annotate Express Chem's interrogatory answers for Rule 201(k) conference. (.70) | 1.70 | $300.00 | $510.00 |
| FEB-29-16 | Express Chem and Tucker, Albin | Review, analyze, and annotate for Rule 201(k) conference Tucker, Albin's objections and answers to interrogatories (.70), and Express Chem's and Tucker, Albin's response to first request for production of documents (.60). | 1.30 | $300.00 | $390.00 |
| | | Total hours for this invoice | 4.10 | | |
| | | Total amount of this invoice | | | $1,230.00 |

# Stang-Law Firm

**584 Hyacinth Place**
**Highland Park, IL 60035-1265**

**PHONE: (847) 432-2073   mstang@stang-law.com   www.stang-law.com**

# INVOICE

INVOICE NUMBER:  124
INVOICE DATE:  APRIL 01, 2016

Mr. Erik Hoelzeman
Agri-Fine, Inc.
2701 E. 100th Street
Chicago, IL 60617

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| MAR-01-16 | Express Chem and Tucker, Albin | Attend regular conference call with Mr. Hoelzeman and debtor's counsel for discussion including counsel's recommendation of pursuit of pre-bankruptcy claims for breach of warranty and tortious interference against Express Chem and Tucker, Albin. | 0.70 | $300.00 | $210.00 |
| MAR-04-16 | Express Chem and Tucker, Albin | Telephone conference with Mr. Hoelzeman re: discovery and pleadings, and viability of claims against defendant-counterplaintiff. | 1.50 | $300.00 | $450.00 |
| MAR-07-16 | Express Chem and Tucker, Albin | Attend meeting with Erik Hoelzeman (1.00) and inspection of storage tanks and reactor vessels used for processing soapstock and blended soy bottoms from Express Chem (.70). | 1.70 | $300.00 | $510.00 |
| MAR-10-16 | Express Chem and Tucker, Albin | Telephone conference with Mr. Hoelzeman re: potential revenue from Express Chem settlement to pay administrative expenses. | 0.30 | $300.00 | $90.00 |
| MAR-10-16 | Express Chem and Tucker, Albin | Review and analyze emails between Express Chem and Agri-Fine produced by Express Chem. | 2.20 | $300.00 | $660.00 |
| MAR-11-16 | Express Chem and Tucker, Albin | Complete review, analysis, and annotation of documents produced by Express Chem. | 2.80 | $300.00 | $840.00 |
| MAR-21-16 | Express Chem and Tucker, Albin | Review and analyze APA and schedules re: assignment of choses in action against Express Chem and Tucker, Albin (1.0); draft email to Mr. Friedland and Ms. Vandersteeg re: same (.30); draft email to Mr. Hoelzeman (.20); review, analyze, and annotate documents produced by Tucker, Albin. (2.20). | 3.70 | $300.00 | $1,110.00 |
| MAR-29-16 | Express Chem and Tucker, Albin | Review court papers (.30), Clerk of Court's docket sheet re status hearings (.20), and formulate termination of case (.30); activate e-notice case monitoring. (.20). | 1.00 | $300.00 | $300.00 |
| | | Total hours for this invoice | 13.90 | | |
| | | Total amount of this invoice | | | $4,170.00 |

# Stang-Law Firm

**584 Hyacinth Place**
**Highland Park, IL 60035-1265**

**PHONE: (847) 432-2073   mstang@stang-law.com   www.stang-law.com**

# INVOICE

INVOICE NUMBER:  107
INVOICE DATE:  FEBRUARY 01, 2016

Mr. Erik Hoelzeman
Agri-Fine, Inc.
2701 E. 100th Street
Chicago, IL 60617

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| DEC-03-15 | GLNX | Email correspondence with local Texas counsel re: bankruptcy filing, state of Texas proceedings, filing of notice of bankruptcy in the Texas Court of Appeals, Texas counsel's prepetition claim, and related matters. | 0.60 | $300.00 | $180.00 |
| DEC-04-15 | GLNX | Draft and revise emails to Mark Hillman and Clay Steely re: return of GLNX tank cars by Agri-Fine and cleaning of cars. | 0.50 | $300.00 | $150.00 |
| DEC-08-15 | GLNX | Review report from traffic manager Mark Hillman re: return of of GLNX cars and request from GLNX's counsel for update (.20); telephone conference with Mr. Hoelzeman re: desire protocol for car return communications. (.40). | 0.30 | $300.00 | $90.00 |
| DEC-09-15 | GLNX | Review email from Clay Steely requesting update on return cars from Mr. Hillman. | 0.10 | $300.00 | $30.00 |
| DEC-14-15 | GLNX | Telephone conference with Mr. Hoelzeman re: GLNX return car issues. | 0.40 | $300.00 | $120.00 |
| DEC-20-15 | GLNX | Draft email to Mr. Hoelzeman transmitting prior email to Clay Steely concerning willing opportunity of GLNX to settle dispute. | 0.20 | $300.00 | $60.00 |
| JAN-04-16 | GLNX | Review email from debtor's counsel re: GLNX information; (.20) telephone conference with with Debtor's counsel re: need for lease and rider information for potential rejection of leases (.30); examine all electronic files for leases and riders (.80); draft email to Debtor's counsel with attached GLNX second amended complaint and summary of Lease and riders and information re: same (.50). | 1.80 | $300.00 | $540.00 |
| | | Total hours for this invoice | 3.90 | | |
| | | Total amount of this invoice | | | $1,170.00 |

# Stang-Law Firm

**584 Hyacinth Place**
**Highland Park, IL 60035-1265**

**PHONE: (847) 432-2073   mstang@stang-law.com   www.stang-law.com**

# INVOICE

INVOICE NUMBER:  122
INVOICE DATE:  MARCH 01, 2016

Mr. Erik Hoelzeman
Agri-Fine, Inc.
2701 E. 100th Street
Chicago, IL 60617

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| FEB-02-16 | GLNX | Review email from billing specialist for Agri-Fine's counsel in GLNX case (.10) and draft email to debtor's counsel re: same (.10). | 0.20 | $300.00 | $60.00 |
| FEB-03-16 | GLNX | Telephone conference with Mr. Hoelzeman re: GLNX claims and counterclaim. | 0.20 | $300.00 | $60.00 |
| FEB-24-16 | GLNX | Review detailed invoice from local counsel in GLNX case (.10); draft email to debtor's counsel re: communication with local counsel (.10). | 0.20 | $300.00 | $60.00 |
| FEB-29-16 | GLNX | Review Unsecured Creditors Committee's motion for Rule 2004 exam (.50); telephone conference with Mr. Hoelzeman re: GLNX unsecured claim and GLNX's potential role in motion for purpose of collecting on tank car corrosion claim (1.20); draft email to debtor's counsel re: motion (.30). | 2.00 | $300.00 | $600.00 |
| | | Total hours for this invoice | 2.60 | | |
| | | Total amount of this invoice | | | $780.00 |

# Stang-Law Firm

**584 Hyacinth Place**
**Highland Park, IL 60035-1265**

**PHONE: (847) 432-2073    mstang@stang-law.com    www.stang-law.com**

# INVOICE

INVOICE NUMBER:  126
INVOICE DATE:  APRIL 01, 2016

Mr. Erik Hoelzeman
Agri-Fine, Inc.
2701 E. 100th Street
Chicago, IL 60617

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| MAR-01-16 | GLNX | Special conference call with Mr. Hoelzeman and with debtor's counsel re: Rule 2004 discovery and prior GLNX discovery. | 1.50 | $300.00 | $450.00 |
| MAR-07-16 | GLNX | Attend meeting with Erik Hoelzeman (2.50) and inspection of leased tank cars and loading and off-loading facilities at Agri-Fine (.80) | 3.30 | $300.00 | $990.00 |
| MAR-22-16 | GLNX | Telephone conference with Erik Hoelzeman re: termination of GLNX lawsuit in Texas and GLNX role on Unsecured Creditors' Committee. | 0.60 | $300.00 | $180.00 |
| MAR-23-16 | GLNX | Telephone conference with with Debtor's counsel re: GLNX litigation, termination of bankruptcy proceedings, and effectuation of termination of state court litigation. | 0.60 | $300.00 | $180.00 |
| | | Total hours for this invoice | 6.00 | | |
| | | Total amount of this invoice | | | $1,800.00 |

# Stang-Law Firm

**584 Hyacinth Place**
**Highland Park, IL 60035-1265**

**PHONE: (847) 432-2073   mstang@stang-law.com   www.stang-law.com**

# INVOICE

INVOICE NUMBER:  108
INVOICE DATE:  FEBRUARY 01, 2016

Mr. Erik Hoelzeman
Agri-Fine, Inc.
2701 E. 100th Street
Chicago, IL 60617

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| DEC-03-15 | Hurt v. Agri-Fine (class action) | Draft email correspondence to class-action plaintiff's counsel re: bankruptcy filing and stay of class-action proceedings in Circuit Court (.30), and review response (.10). | 0.40 | $300.00 | $120.00 |
| DEC-29-15 | Hurt v. Agri-Fine (class action) | Review prior correspondence with class action plaintiff's counsel (.20); draft followup email re: transfer of case to Circuit Court's bankruptcy stay calendar (.20). | 0.40 | $300.00 | $120.00 |
| JAN-04-16 | Hurt v. Agri-Fine (class action) | Telephone conference with Chris Pryor, plaintiff's counsel, re: stay of class action and continuance of court hearing for entry of order transferring case to bankruptcy stay calendar. | 0.30 | $300.00 | $90.00 |
| JAN-16-16 | Hurt v. Agri-Fine (class action) | Review email chain with plaintiff's counsel (.10); draft report on circuit court proceedings to debtor's counsel (.20). | 0.30 | $300.00 | $90.00 |
| JAN-18-16 | Hurt v. Agri-Fine (class action) | Draft status report to Debtor's counsel re: state court hearing. | 0.20 | $300.00 | $60.00 |
|  |  | Total hours for this invoice | 1.60 |  |  |
|  |  | Total amount of this invoice |  |  | $480.00 |

# Stang-Law Firm

**584 Hyacinth Place**
**Highland Park, IL 60035-1265**

**PHONE: (847) 432-2073    mstang@stang-law.com    www.stang-law.com**

# INVOICE

INVOICE NUMBER:  127
INVOICE DATE:  APRIL 01, 2016

Mr. Erik Hoelzeman
Agri-Fine, Inc.
2701 E. 100th Street
Chicago, IL 60617

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| MAR-14-16 | Hurt v. Agri-Fine (class action) | Telephone conference with with Mr. Hurst, representative of buyer, re: class action location map of complaining neighbors. | 0.20 | $300.00 | $60.00 |
| MAR-15-16 | Hurt v. Agri-Fine (class action) | Review documents produced by class action plaintiff's counsel (.40); draft email to Mr. Hurst re: complainant location map and prior email correspondence with class action lead plaintiff's counsel (.30); followup email correspondence with Mr. Hurst. (.20) | 0.90 | $300.00 | $270.00 |
| MAR-22-16 | Hurt v. Agri-Fine (class action) | Analyze termination of stayed circuit court action (.30) and draft emails to debtor's counsel re: same (.40); telephone conference with Erik Hoelzeman re: termination of lawsuit following dismissal of bankruptcy case (.50). | 1.20 | $300.00 | $360.00 |
| MAR-29-16 | Hurt v. Agri-Fine (class action) | Review court papers (.30), Clerk of Court's docket sheet re status hearings (.20), and formulate termination of case (.30); activate e-notice case monitoring. | 1.00 | $300.00 | $300.00 |
| | | Total hours for this invoice | 3.30 | | |
| | | Total amount of this invoice | | | $990.00 |

# Stang-Law Firm

**584 Hyacinth Place**
**Highland Park, IL 60035-1265**

**PHONE: (847) 432-2073   mstang@stang-law.com   www.stang-law.com**

# INVOICE

INVOICE NUMBER:  109
INVOICE DATE:  FEBRUARY 01, 2016

Mr. Erik Hoelzeman
Agri-Fine, Inc.
2701 E. 100th Street
Chicago, IL 60617

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| DEC-03-15 | IEPA | Draft email to Attorney General Re: Agri-Fine's bankruptcy filing and re: future direction of Circuit Court case. | 0.60 | $300.00 | $180.00 |
| DEC-04-15 | IEPA | Review WSJ article re: Agri-Fine bankruptcy and contributing causes including references to Attorney General litigation and class action lawsuit (.20); telephone conference with Mr. Hoelzeman re: same (.30). | 0.50 | $300.00 | $150.00 |
| DEC-04-15 | IEPA | Telephone conference with Mr. Hoelzeman re: communications with Attorney General concerning IEPA suit (.40); draft revised email to Attorney General re: refusal to nonsuit action (.30). | 0.70 | $300.00 | $210.00 |
| DEC-07-15 | IEPA | Review and respond to email from Assistant Attorney General Nagra re: extension of time to respond to Agri-Fine's discovery and respond to same (.40); review email from Mr. Friedland re: potential contact in Attorney General office for negotiations and investigate same (.30); telephone conference with Mr. Hoelzeman re: status and strategy for IEPA case (.50); draft followup email to Assistant Attorney General Nagra (.10). | 1.30 | $300.00 | $390.00 |
| DEC-08-15 | IEPA | Review and respond to to email from Angad Nagra re: extension of time for Attorney General to respond to discovery and Agri-Fine to file response brief in opposition to motion to strike. | 0.30 | $300.00 | $90.00 |
| DEC-08-15 | IEPA | Telephone conference with with Mr. Hoelzeman re: potential intergovernmental consultation regarding environmental issues at Agri-Fine spurring contact from senior Assistant Attorney General. | 0.50 | $300.00 | $150.00 |
| DEC-08-15 | IEPA | Review email from Assistant Attorney General Pamenter to Mr. Friedland requesting teleconference (.20); review prior IEPA emails with Ms. Pamenter (.40); telephone conference with Messrs. Mike and Erik Hoelzeman re: Attorney General maneuver in direct discussions with bankruptcy counsel and potential issues for discussion (.60) | 1.20 | $300.00 | $360.00 |

Page 1 of 6

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| DEC-09-15 | IEPA | Telephone conference with with mr. Hoelzeman re: case strategy. | 0.20 | $300.00 | $60.00 |
| DEC-09-15 | IEPA | Telephone conference with Messrs. Hoelzeman re: IEPA issues and legal and political strategy (.50); draft email to Mr. Friedland re: contact with Assistant Attorney General Pamenter (.20). | 0.70 | $300.00 | $210.00 |
| DEC-10-15 | IEPA | Retrieve all cases cited by Attorney General in brief in support of motion to strike affirmative defenses (1.30); review report from Mr. Friedland re: telephone conference with Assistant Attorney General Pamenter (.20); draft response re: strategy pertinent to IEPA litigation (.30). | 1.80 | $300.00 | $540.00 |
| DEC-14-15 | IEPA | Telephone conference with Mr. Hoelzeman re: IEPA issues. | 0.60 | $300.00 | $180.00 |
| DEC-16-15 | IEPA | Telephone conference with Mr. Hoelzeman regarding manager insubordination problem and considerations for termination, and employment law issues. | 1.00 | $300.00 | $300.00 |
| DEC-17-15 | IEPA | Telephone conference with Mr. Hoelzeman re: IEPA issues and strategy and enforcement of strict compliance with Agri-Fine's pending discovery. | 0.80 | $300.00 | $240.00 |
| DEC-17-15 | IEPA | Telephone conference with Mr. Hoelzeman re: status of Express Chem claims. | 0.20 | $300.00 | $60.00 |
| DEC-18-15 | IEPA | Review email from Mr. Nagra and attached answers to interrogatories and responses to document production requests (.50); draft email to Mr. Nagra re: unacceptability of transmittal of documents by regular mail and request for redelivery by electronic means, including zip file or dropbox (.50); review response from Mr. Nagra (.20) and reply to same (.10); telephone conference with Mr. Hoelzeman for point by point review of Atty. Gen.'s discovery responses and formulation of strategy (1.30). | 2.60 | $300.00 | $780.00 |
| DEC-21-15 | IEPA | Review and analyze definitions and instructions, and requests, contained in Atty. Gen.'s interrogatories and document production requests to Agri-Fine (.70); email correspondence with Mr. Nagra re: due dates of discovery responses (.20); draft report to Mr. Hoelzeman re: same (.50); telephone conferences with Mr. Hoelzeman re: IEPA discovery issues and strategy (.80). | 2.20 | $300.00 | $660.00 |

INVOICE NUMBER: 109

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| DEC-22-15 | IEPA | Conference call with Mr. Hoelzeman and with Ms. Vandesteeg re: ongoing efforts to persuade Atty. Gen. to dismiss or stay pending environmental litigation against Agri-Fine (.50); review portion of document production by Atty. Gen. in response to Agri-Fine's document production requests (1.0); telephone conference with Mr. Hoelzeman re: citizen complaints in Atty. Gen.'s file (.70); draft email transmitting same to Mr. Hoelzeman (.40). | 2.60 | $300.00 | $780.00 |
| DEC-24-15 | IEPA | Review and analyze select citizen complaints to IEPA (.50); telephone conference with Mr. Hoelzeman re: same (.30). | 0.80 | $300.00 | $240.00 |
| DEC-28-15 | IEPA | Telephone conference with Mr. Hoelzeman re: review of IEPA complaint documentation (.30); further review of Attorney General documents (.60). | 0.90 | $300.00 | $270.00 |
| DEC-29-15 | IEPA | Review email from Ms. Pamenter with requested "disclosure language" concerning IEPA enforcement actions in notice of sale of Agri-Fine assets (.30); email communications with Mr. Hoelzeman re: same (.20); outline objections to Attorney General's interrogatories (.30). | 0.80 | $300.00 | $240.00 |
| JAN-01-16 | IEPA | Telephone conference with Mr. Hoelzeman re: provisions of Asset Purchase Agreement implicating Attorney General action in circuit court and strategy for case. | 0.80 | $300.00 | $240.00 |
| JAN-02-16 | IEPA | Review and analyze all cases cited in Attorney General's motion to strike Agri-Fine's affirmative defenses. | 2.30 | $300.00 | $690.00 |
| JAN-03-16 | IEPA | Outline and draft memorandum in opposition to Attorney General's motion to strike affirmative defenses. | 5.20 | $300.00 | $1,560.00 |
| JAN-04-16 | IEPA | Review draft statement of IEPA claim by Debtor's counsel (.30) and provide information re: Chicago Department of Environment proceedings (.40). | 0.70 | $300.00 | $210.00 |
| JAN-05-16 | IEPA | Review and check litigation disclosures on pending Agri-Fine litigation in SOFA's. | 0.20 | $300.00 | $60.00 |
| JAN-05-16 | IEPA | Complete draft of memorandum in opposition to Attorney General's motion to strike and revise same (2.70); telephone conference with Mr. Hoelzeman re: brief (.50); draft email to Mr. Hoelzeman with brief (.20). | 3.20 | $300.00 | $960.00 |
| JAN-06-16 | IEPA | Cite check and finalize memorandum in opposition to plaintiff's motion to strike affirmative defenses (1.70); telephone conference with Mr. Hoelzeman re; memorandum and litigation strategy against Attorney General (.40); draft email to Mr. Nagra, Assistant Attorney General, transmitting electronically filed memorandum (.20). | 2.30 | $300.00 | $690.00 |

INVOICE NUMBER: 109

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| JAN-07-16 | IEPA | Telephone conferences with with Erik Hoelzeman (.20) and Manny Sanchez, attorney for prospective buyer conducting due diligence, re: IEPA litigation background, pleadings, discovery, and strategy (.70). | 0.90 | $300.00 | $270.00 |
| JAN-07-16 | IEPA | Telephone conference with with Erik Hoelzeman re: potential acquirer's concerns about IEPA litigation and future IEPA litigation and impact on contemplated transaction and resolution of IEPA litigation. | 1.00 | $300.00 | $300.00 |
| JAN-07-16 | IEPA | Prepare for (.70) and attend conference call with with Mr. Hoelzeman, Ms. Vandesteek, and Mr. Friedland re: IEPA issues and strategy (.50). | 1.20 | $300.00 | $360.00 |
| JAN-08-16 | IEPA | Review court papers and motions to select for transmittal to Manny Sanchez (.90); draft emails to Mr. Sanchez transmitting pleadings and discovery court papers (.30); review response from Mr. Sanchez (.10). | 1.30 | $300.00 | $390.00 |
| JAN-09-16 | IEPA | Upload select IEPA documents to drop box (.20); draft emails to Messrs. Hoelzeman and Sanchez re: same (.10). | 0.30 | $300.00 | $90.00 |
| JAN-10-16 | IEPA | Review Attorney General discovery responses (.50); draft email to Mr. Nagra requesting Rule 201(k) conference over discovery objections (.20); draft email to Mr. Hoelzeman re: same (.10). | 0.80 | $300.00 | $240.00 |
| JAN-12-16 | IEPA | Telephone conference with with propsective buyer's counsel re: Attorney General position and tactics re: environmental issues at plant (.50); telephone conference with Mr. Hoelzeman re: IEPA issues and strategy (.60); review videotapes of community protest march and meeting (.60); draft email re: same to prospective buyers' counsel for due diligence (.20); draft report to buyer's counsel re: conduct of Assistant Attorney General (.30). | 2.20 | $300.00 | $660.00 |
| JAN-13-16 | IEPA | Prepare for and attend Rule 201(k) discovery dispute reconciliation conference with Assistant Attorney Generals Nagra and Petti (1.70); telephone conference with Mr. Hurst, representative of prospective purchaser, re: same and re: additional documents expected from Assistant Attorney General for due diligence purposes (.50). | 2.20 | $300.00 | $660.00 |
| JAN-13-16 | IEPA | Telephone conference with with Erik Hoelzeman re: Rule 201(k) conference with Assistant Attorney Generals and re: review of documents produced by Assistant Attorney General and strategy with regard to State. | 1.80 | $300.00 | $540.00 |
| JAN-14-16 | IEPA | Telephone conference with Mike Collins, attorney for prospective buyer, re; background and issues in IEPA case (.20); assemble pleadings documents and draft email to Mr. Collins transmitting scanned copies of same (.40). | 0.60 | $300.00 | $180.00 |

INVOICE NUMBER: 109

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| JAN-19-16 | IEPA | Telephone conference with with prospective bidder's representative, Mr. Hurst, re: status of IEPA case (.60); telephone conference with Mr. Friedland and Ms. Vandesteeg re: status of case and Rule 201(k) conference (.30). | 0.90 | $300.00 | $270.00 |
| JAN-21-16 | IEPA | Telephone conference with Mr. Hurst of potential buyer re: meeting with Attorney General re: IEPA issues (.20); draft email to Mr. Sanchez (.10); draft email reporting on status of case to debtor's counsel (.20). | 0.50 | $300.00 | $150.00 |
| JAN-21-16 | IEPA | Review Rule 201(k) conference notes and discovery documents (.60); draft Rule 201(k) confirmation letter to Assistant Attorney General Nagra and Petti (1.80); draft forwarding emails to Mr. Hurst and to Debtor's counsel (.20). | 2.60 | $300.00 | $780.00 |
| JAN-22-16 | IEPA | Review email from Mr. Friedland with response from Ms. Pamenter to certain statements in Rule 201(k) letter (.40); emails between and among Mr. Stang, Mr. Friedland, and Ms. Vandesteeg (.60); telephone conferences with Mike Hoelzeman and with Erik Hoelzeman re; Attorney General issues (1.20); prepare for and attend conference call with Debtor's counsel re: IEPA litigation issues (1.20); telephone conference with Erik Hoelzeman re: Attorney General meeting and IEPA stratregy (.90) | 4.30 | $300.00 | $1,290.00 |
| JAN-23-16 | IEPA | Outline and draft general objections to Attorney General's interrogatories' definitions and instructions and specific objections to interrogatories. | 2.30 | $300.00 | $690.00 |
| JAN-24-16 | IEPA | Telephone conference with with Mike Hoelzeman re: IEPA and Attorney General issues and strategy. | 0.80 | $300.00 | $240.00 |
| JAN-24-16 | IEPA | Draft general objections and specific objections to Attorney Gneral's first request for production of documents, including definitions and instructions. | 2.00 | $300.00 | $600.00 |
| JAN-24-16 | IEPA | Revise draft objections to Attorney General interrogatories. | 0.30 | $300.00 | $90.00 |
| JAN-25-16 | IEPA | Call with Mr. Hurst, representative of potential purchaser, re: meeting with Attorney General's senior officials (.60); draft report re: same to client and debtors' counsel (.70); draft email inquiry to debtor's counsel re: priority of environmental penalties (.50); call with Mr. Hoelzeman re: discovery requests (.80). | 2.00 | $300.00 | $600.00 |
| JAN-25-16 | IEPA | Draft final revisions to objections to interrogatories and document requests (1.50); draft email with same to Mr. Nagra and further emails re: Rule 401(k) conference (.50); draft email updates to Mr. Hoelzeman (.20) | 2.20 | $300.00 | $660.00 |

INVOICE NUMBER: 109

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| JAN-26-16 | IEPA | Telephone conference with Mr. Hoelzeman re: IEPA strategy and attempt to obtain stay of proceedings (.30); review and analyze Attorney General's reply brief in support of motion to strike Agri-Fine's affirmative defenses (1.20); further telephone conference with with Mr. Hoelzeman re: meeting with Attorney General and details of statements at meeting and IEPA strategy (1.20). | 2.70 | $300.00 | $810.00 |
| JAN-27-16 | IEPA | Telephone conference with with Mr. Hoelzeman re: review of IEPA produced documents to determine recency and frequency of odor complaints by neighbors (1.30); partial review of IEPA documents (.50). | 1.80 | $300.00 | $540.00 |
| JAN-29-16 | IEPA | Draft follow-up emails to Ms. Vandesteeg re: Ms. Pamenter statements concerning litigation and IEPA penalty issues (.40); telephone conference with Mr. Friedland and Ms. Vandesteeg re: same and re: status of discovery in Attorney General case and strategy for terminating the litigation (.50); telephone conference with Mr. Hoelzeman re: IEPA issues (.80). | 1.70 | $300.00 | $510.00 |
| JAN-31-16 | IEPA | Review and analyze documents produced by Attorney General concerning permit applications and IEPA actions from 1985 through 2014 application for amended lifetime operating permit. | 1.60 | $300.00 | $480.00 |
| | | Total hours for this invoice | 73.00 | | |
| | | Total amount of this invoice | | | $21,900.00 |

# Stang-Law Firm

**584 Hyacinth Place**
**Highland Park, IL 60035-1265**

**PHONE: (847) 432-2073   mstang@stang-law.com   www.stang-law.com**

# INVOICE

INVOICE NUMBER:  123
INVOICE DATE:  MARCH 01, 2016

Mr. Erik Hoelzeman
Agri-Fine, Inc.
2701 E. 100th Street
Chicago, IL 60617

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| FEB-01-16 | IEPA | Complete review and analysis, and notes, of remainder of document production by Attorney General. | 6.60 | $300.00 | $1,980.00 |
| FEB-02-16 | IEPA | Prepare for (1.0) and attend (.80) Rule 201(k) conference with Assistant Attorney Generals Nagra and Petti re: update on compliance with Agri-Fine's discovery and re: Agri-Fine's objections to Attorney General's discovery; draft report re: discovery conference to Messrs. Hoelzeman and debtor's counsel (.50); telephone conference with Mr. Hurst, prospective buyer representative, re: discovery conference and document production (.50); draft email to Mr. Hurst with select documents (.60). | 3.40 | $300.00 | $1,020.00 |
| FEB-03-16 | IEPA | Review and respond to email from Mr. Nagra re: hearing date before Judge Atkins and courtesy copy submission date (.30); telephone conference with Steve Hurst, prospective buyer representative, re: IEPA document production and specific documents (.50); review email from Ms. Vandesteeg with buyers' inquiries to Attorney General re: environmental issues and Ms. Pamenter's response (.20) draft email re: same (.20). | 1.20 | $300.00 | $360.00 |
| FEB-03-16 | IEPA | Telephone conference with Mr. Erik Hoelzeman re: significant documents obtained from Attorney General and reviewed by counsel (.80), and re: discovery and litigation strategy to conclude case (.60). | 1.40 | $300.00 | $420.00 |
| FEB-05-16 | IEPA | Telephone conference with with Mr. Hurst re: status of IEPA proceeding and discussions with Attorney General concerning plant emission sources (.60); draft email to Attorney General re: suspension of discovery agreement and review response (.30); draft email to Messrs. Hurst and Hoelzeman re: suspension of discovery (.40). | 1.30 | $300.00 | $390.00 |
| FEB-05-16 | IEPA | Draft email to Mr. Nagra re: assembly of courtesy copies for Judge Allen (.30); prepare for and attend conference call with debtor's counsel to report on IEPA case status (.40). | 0.70 | $300.00 | $210.00 |

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| FEB-05-16 | IEPA | Review email from debtor's counsel re: suspension of discovery (.20); draft email to Mr. Hurst re: facilitation of discussions with IEPA through Rule 408 stipulation (.50); review response and draft reply (.30). | 1.00 | $300.00 | $300.00 |
| FEB-19-16 | IEPA | Telephone conference with Mr. Erik Hoelzeman re: Attorney General proceeding status and strategy. | 0.90 | $300.00 | $270.00 |
| FEB-23-16 | IEPA | Attend conference call with debtor's counsel re: status or proceedings (.30); review email from Ms. Pamenter delineating criteria for odor study. (.20). | 0.50 | $300.00 | $150.00 |
| FEB-25-16 | IEPA | Review and respond to to emails from debtor's counsel re: Attorney General request to submit odor studies requirements to contract purchaser of Agri-Fine's assets. | 0.20 | $300.00 | $60.00 |
| FEB-26-16 | IEPA | Telephone conference with Mr. Hoelzeman re: IEPA issues and resolution of case. | 0.80 | $300.00 | $240.00 |
| FEB-26-16 | IEPA | Telephone conference with Mr. Hurst re: meetings and conference calls with Attorney General and IEPA representatives. | 0.40 | $300.00 | $120.00 |
| FEB-26-16 | IEPA | Telephone conference with Mr. Hurst re: MWRD discharge permit issues (.30); telephone conference with Mr. Hoelzeman re: MWRD permit issues (.50). | 0.80 | $300.00 | $240.00 |
| | | Total hours for this invoice | 19.20 | | |
| | | Total amount of this invoice | | | $5,760.00 |

# Stang-Law Firm

**584 Hyacinth Place**
**Highland Park, IL 60035-1265**

**PHONE: (847) 432-2073   mstang@stang-law.com   www.stang-law.com**

# INVOICE

INVOICE NUMBER:  128
INVOICE DATE:  APRIL 01, 2016

Mr. Erik Hoelzeman
Agri-Fine, Inc.
2701 E. 100th Street
Chicago, IL 60617

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| | | SERVICES | | | |
| MAR-03-16 | IEPA | Telephone conference with Mr. Hoelzeman re: environmental issues and strategy. | 1.20 | $300.00 | $360.00 |
| MAR-04-16 | IEPA | Review affirmative defenses (30), Attorney General motion to strike (.50), Agri-Fine's response brief (.50), Attorney General reply brief (.30), and all cases cited therein (.70). | 2.30 | $300.00 | $690.00 |
| MAR-07-16 | IEPA | Attend meeting with Erik Hoelzeman at Agri-Fine re: environmental issues (1.50) and inspect stack scrubbing equipment (.50). | 2.00 | $300.00 | $600.00 |
| MAR-09-16 | IEPA | Telephone conference with Mr. Hoelzeman re: impact of extended sale closing date on potential resolution of Attorney General litigation. | 0.70 | $300.00 | $210.00 |
| MAR-15-16 | IEPA | Telephone conference with with Mr. Hoelzeman re: IEPA issues and strategy for disposition of claims. | 0.80 | $300.00 | $240.00 |
| MAR-16-16 | IEPA | Review emails re: issues concerning consummation of Section 363 sale and potential liquidation of company (.20); analyze potential impact on IEPA and Express Chem litigation (.40); telephone conference with Mr. Hoelzeman re: litigation impact issues (.70); attend conference call with all parties (.50). | 1.80 | $300.00 | $540.00 |
| MAR-17-16 | IEPA | emails with Mr. Lullo re: Agri-Fine site map (.20); review email files to locate site map (.30); draft email to Mr. Lullo transmitting site map (.20). | 0.70 | $300.00 | $210.00 |
| MAR-18-16 | IEPA | Telephone conference with Mr. Hoelzeman re: court approval of sale, Attorney General presence at hearing, and strategy for terminating Agri-Fine/iEPA litigation. | 1.30 | $300.00 | $390.00 |
| MAR-22-16 | IEPA | Telephone conference with Erik Hoelzeman re: strategy to terminate proceedings by agreement with Attorney General. | 0.70 | $300.00 | $210.00 |

INVOICE NUMBER: 128

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| MAR-23-16 | IEPA | Telephone conference with with Debtor's counsel re: IEPA itigation, termination of bankruptcy proceedings, and effectuation of termination of state court litigation (.50); review and analyze provisions of asset sale order regarding provisions pertinent to environmental litigation and liabilities. (.70). | 1.20 | $300.00 | $360.00 |
| MAR-24-16 | IEPA | Draft email to Assistant Attorney General Nagra with report on assets sale approval order from Bankruptcy Court and proposal for agreed order to terminate litigation (.60); draft forwarding email to debtor's counsel and client (.10). | 0.70 | $300.00 | $210.00 |
| MAR-25-16 | IEPA | Review IEPA court papers and correspondence (1.90); telephone call to Angad Nagra and leave voicemail (.10); telephone conference with Assistant Attorney General Katie Pamenter re; proposed disposition of action (.30); draft follow-up email to Mr. Nagra (.10); telephone conference with Mr. Hoelzeman re: efforts to conclude environmental litigation (.70). | 3.10 | $300.00 | $930.00 |
| MAR-28-16 | IEPA | Review and respond to to email from Mr. Agra re: scheduling of conference call on potential postponement of hearing on motion to strike (.20); conference call with Messrs. Nagra and Petti re: motion hearing postponement, terms of agreed order, and procedural events in bankruptcy case (.30); review and execute agreed order and draft email to Assistant Attorney General (.20); draft report email to Debtor's counsel (.20) and to Mr. Hurst (.10). | 1.00 | $300.00 | $300.00 |
| | | EXPENSES | | | |
| MAR-04-16 | IEPA | Litigation research request from Mr. Hoelzeman | | | $4.80 |
| | | SUMMARY | | | |
| | | Total amount of services | | | $5,250.00 |
| | | Total amount of expenses | | | $4.80 |
| | | Total hours for this invoice | 17.50 | | |
| | | Total amount of this invoice | | | $5,254.80 |

# Stang-Law Firm

**584 Hyacinth Place**
**Highland Park, IL 60035-1265**

**PHONE: (847) 432-2073    mstang@stang-law.com    www.stang-law.com**

# INVOICE

INVOICE NUMBER:  144
INVOICE DATE:  MAY 02, 2016

Mr. Erik Hoelzeman
Agri-Fine, Inc.
2701 E. 100th Street
Chicago, IL 60617

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| APR-29-16 | IEPA | Review court papers and scheduling orders (.60);; telephone conference with with Mr. Nagra re: potential disposition of the action (.30); review emails regarding post-petition environmental consulting work of DAI (.40); telephone conference with Mr. Hoelzeman re: DAI Consulting and telephone conference with with Mr. Nagra; (.50). | 1.80 | $300.00 | $540.00 |
| APR-29-16 | IEPA | Review email from Mr. Hurst re: meeting with environmental groups at alderman's office (.20); telephone conference with Mr. Hoelzman re: environmental meeting (.70); purge litigation files (1.20). | 2.10 | $300.00 | $630.00 |
| | | Total hours for this invoice | 3.90 | | |
| | | Total amount of this invoice | | | $1,170.00 |

# Stang-Law Firm

**584 Hyacinth Place**
**Highland Park, IL 60035-1265**

**PHONE: (847) 432-2073   mstang@stang-law.com   www.stang-law.com**

# INVOICE

INVOICE NUMBER:  145
INVOICE DATE:  MAY 31, 2016

Mr. Erik Hoelzeman
Agri-Fine, Inc.
2701 E. 100th Street
Chicago, IL 60617

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| MAY-04-16 | IEPA | Review email and draft agreed order from Angad Nagra; execute order and draft email to Mr. Nagra re: same. | 0.20 | $300.00 | $60.00 |
| MAY-09-16 | IEPA | Review voicemail from Steve Hurst with IEPA inquiry; review court order and draft status report to Mr. Hurst. | 0.30 | $300.00 | $90.00 |
| MAY-16-16 | IEPA | Draft email to Mr. Friedland and Ms. Vandesteeg re; post-bankruptcy handling of claim. | 0.20 | $300.00 | $60.00 |
| MAY-19-16 | IEPA | Draft email to debtor's counsel re motion to dismiss or convert case with a view towards dismissal of IEPA action (.30); review unsecured creditors' objection to motion to dismiss case (.40); emails to and from Erik Hoelzeman and debtors' counsel re: same and re: other pending motions (.50). | 1.20 | $300.00 | $360.00 |
| MAY-20-16 | IEPA | Conference call with debtor's counsel and with Erik Hoelzeman re: impact of Chapter 7 conversion on IEPA state court proceeding; | 0.60 | $300.00 | $180.00 |
| MAY-24-16 | IEPA | Review email from Ms. Vandesteeg re: case conversion and burden on Agri-Fine of preparing case reports (.20); draft email to Ms.s Vandesteet (.20) and to Mr. Hoelzeman (.10) re: same. | 0.50 | $300.00 | $150.00 |
| MAY-27-16 | IEPA | Telephone conference with Mike Hoelzeman re: status of litigation and impact of Chapter 7 conversion on IEPA case. | 0.60 | $300.00 | $180.00 |
| MAY-31-16 | IEPA | Review email from Mr. Nagra re:; status of case (.10); telephone conference with Mr. Nagra re: upcoming court hearing and agreement re: entry of order (.20); draft email to debtor's attorneys re: status of case (.20); telephone conference with Mr. Hoelzeman re: IEPA case (.40). | 0.90 | $300.00 | $270.00 |
| | | Total hours for this invoice | 4.50 | | |
| | | Total amount of this invoice | | | $1,350.00 |