**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 15-41000 | TAB | Judge: TIMOTHY A. BARNES | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | AGRI-FINE, INC. | | | Date Filed (f) or Converted (c): | 06/02/16 (c) |
| | | | | 341(a) Meeting Date: | 07/27/16 |
| For Period Ending: | 03/31/22 | | | Claims Bar Date: | 10/31/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Operating account Last 4 digits of Acc# : 2006 | 160,507.71 | 12,610.10 | | 12,610.10 | FA |
| 2. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 3. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 4. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 5. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 6. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 7. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 8. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 9. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 10. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 11. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 12. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 13. VOID (u) | Unknown | 0.00 | | 0.00 | FA |

LFORM1

Ver: 22.04a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

| Case No: | 15-41000 | TAB | Judge: TIMOTHY A. BARNES | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | AGRI-FINE, INC. | | | Date Filed (f) or Converted (c): | 06/02/16 (c) |
| | | | | 341(a) Meeting Date: | 07/27/16 |
| | | | | Claims Bar Date: | 10/31/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 15. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 16. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 17. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 18. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 19. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 20. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 21. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 22. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 23. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 24. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 25. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 26. Sale Proceeds Carve-Out (u) | 0.00 | 10,400.00 | | 10,400.00 | FA |

LFORM1

Ver: 22.04a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

| Case No: | 15-41000 | TAB | Judge: TIMOTHY A. BARNES | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|---|
| Case Name: | AGRI-FINE, INC. | | | Date Filed (f) or Converted (c): | 06/02/16 (c) |
| | | | | 341(a) Meeting Date: | 07/27/16 |
| | | | | Claims Bar Date: | 10/31/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27. Refund From Renewable Energy Group (u) | 0.00 | 0.00 | | 462.25 | FA |
| 28. Money market account (u) | 7,271.77 | 0.00 | | 0.00 | FA |
| 29. Payroll account 7002 (u) | 1,018.72 | 0.00 | | 0.00 | FA |
| 30. Fraudulent Transfer Litigation (u) | 1,432,982.01 | 87,500.00 | | 87,500.00 | FA |
| 31. Remnant Assets (u) Sale Order, Dkt 362 dated 1.3.22 | 0.00 | 5,000.00 | | 5,000.00 | FA |
| TOTALS (Excluding Unknown Values) | $1,601,780.21 | $115,510.10 | | $115,972.35 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

1. Asset Nos. 2 through 25 were imported as scheduled assets as of the date that the Chapter 11 petition was filed (12/2/15), however the Trustee has been advised that all of these assets (Nos. 2 through 25) were either consumed by the Debtor or sold during the Chapter 11 case and therefore did not exist at the time that the case was converted to Chapter 7.

2. The Trustee has engaged legal counsel to pursue avoidable transfers under Chapter 5 of the Bankruptcy Code.

3. The Trustee received court approval of a settlement with one of the fraudulent transfer defendants and the

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 4

| | |
|---|---|
| Case No: 15-41000   TAB   Judge: TIMOTHY A. BARNES | Trustee Name: R. SCOTT ALSTERDA |
| Case Name: AGRI-FINE, INC. | Date Filed (f) or Converted (c): 06/02/16 (c) |
| | 341(a) Meeting Date: 07/27/16 |
| | Claims Bar Date: 10/31/16 |

settlement check was received.

4. The Trustee has received court approval of a settlement with the other three fraudulent transfer defendants and has received settlement payment.

5. After the settlement payments are received claims need to be reviewed, final tax returns need to be prepared and submitted before the TFR and final fee applications can be filed.

Initial Projected Date of Final Report (TFR): 09/30/18     Current Projected Date of Final Report (TFR): 09/30/22

/s/   R. SCOTT ALSTERDA
_____ Date: 04/29/22
     R. SCOTT ALSTERDA

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 15-41000 -TAB | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | AGRI-FINE, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2820 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5514 | | |
| For Period Ending: | 03/31/22 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/12/16 | 1 | Standard Bank and Trust Co.<br>7800 West 95th Street<br>Hickory Hills, IL 60457 | Checking Account 3220992006 Balance | 1129-000 | 12,610.10 | | 12,610.10 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.49 | 12,598.61 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.73 | 12,579.88 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.10 | 12,561.78 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.68 | 12,543.10 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.05 | 12,525.05 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.62 | 12,506.43 |
| 01/23/17 | 26 | Sugar Felsenthal Grais & Hammer LLP<br>Client Fund Account<br>30 North LaSalle Street, Suite 3000<br>Chicago, IL 60602 | Sale Proceeds Carve-Out | 1229-000 | 10,400.00 | | 22,906.43 |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.58 | 22,883.85 |
| 02/10/17 | 030001 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Bond #016073584 2/1/17 to 2/1/18 | 2300-000 | | 8.29 | 22,875.56 |

Page Subtotals   23,010.10   134.54

LFORM24

Ver: 22.04a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| Case No: | 15-41000 -TAB | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | AGRI-FINE, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2820 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5514 | | |
| For Period Ending: | 03/31/22 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.72 | 22,844.84 |
| 04/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.96 | 22,810.88 |
| 05/05/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.82 | 22,778.06 |
| 06/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.86 | 22,744.20 |
| 07/10/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.72 | 22,711.48 |
| 08/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.77 | 22,677.71 |
| 09/08/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.72 | 22,643.99 |
| 10/06/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.58 | 22,611.41 |
| 11/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.62 | 22,577.79 |
| 12/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.48 | 22,545.31 |
| 01/08/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.52 | 22,511.79 |
| 02/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.47 | 22,478.32 |
| 02/12/18 | 030002 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Bond # 016073584 2-1-18 to 2-1-19 | 2300-000 | | 6.73 | 22,471.59 |
| 03/02/18 | 27 | Renewable Energy Group | REFUND CHECK | 1290-000 | 462.25 | | 22,933.84 |
| | | | Page Subtotals | | 462.25 | 403.97 | |

LFORM24

Ver: 22.04a

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 15-41000 -TAB | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | AGRI-FINE, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2820 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5514 | | |
| For Period Ending: | 03/31/22 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Marketing & Logistics Group, LLC 416 S. Bell Avenue, PO Box 888 Ames, IA 50010-0888 | | | | | |
| 03/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.18 | 22,903.66 |
| 04/06/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.96 | 22,869.70 |
| 05/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.90 | 22,836.80 |
| 06/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.95 | 22,802.85 |
| 07/09/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.81 | 22,770.04 |
| 08/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.86 | 22,736.18 |
| 09/10/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.80 | 22,702.38 |
| 10/05/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.67 | 22,669.71 |
| 10/29/18 | 30 | JPMorgan Chase Bank, N.A. Remitter: Patsy E. Hoelzeman | Settlement FT [Dkt 350] | 1241-000 | 20,000.00 | | 42,669.71 |
| 11/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.62 | 42,634.09 |
| 12/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 61.33 | 42,572.76 |
| 01/08/19 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 63.29 | 42,509.47 |

Page Subtotals  20,000.00  424.37

LFORM24

Ver: 22.04a

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 15-41000 -TAB | | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|
| Case Name: | AGRI-FINE, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2820 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5514 | | | |
| For Period Ending: | 03/31/22 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/07/19 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 63.20 | 42,446.27 |
| 03/08/19 | | Transfer to Acct #*******0062 | Bank Funds Transfer | 9999-000 | | 42,446.27 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 43,472.35 | 43,472.35 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 42,446.27 | |
| Subtotal | 43,472.35 | 1,026.08 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 43,472.35 | 1,026.08 | |

Page Subtotals    0.00    42,509.47

Ver: 22.04a

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

| Case No: | 15-41000 -TAB | | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|
| Case Name: | AGRI-FINE, INC. | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0062  Checking Account |
| Taxpayer ID No: | *******5514 | | | |
| For Period Ending: | 03/31/22 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/08/19 | | Transfer from Acct #*******2820 | Bank Funds Transfer | 9999-000 | 42,446.27 | | 42,446.27 |
| 04/26/19 | 004001 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Blanket Bond #016073584 | 2300-000 | | 13.32 | 42,432.95 |
| 02/11/20 | 004002 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Blanket Bond | 2300-000 | | 15.59 | 42,417.36 |
| 07/09/20 | 30 | Michael / Phyllis Hoelzeman<br>615 231st Street<br>Steger, IL 60475 | | 1241-000 | 5,000.00 | | 47,417.36 |
| 08/10/20 | 30 | Michael / Phyllis Hoelzeman<br>615 231st Street<br>Steger, IL 60475 | | 1241-000 | 5,000.00 | | 52,417.36 |
| 09/23/20 | 30 | EMH INVESTMENTS LLC (HOELZMAN)<br>228 W. Lincoln Hwy., Suite 215<br>Schererville, IN 46375 | | 1241-000 | 5,000.00 | | 57,417.36 |
| 02/19/21 | 004003 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Blanket Bond 02.01.21 to 02.01.22 | 2300-000 | | 23.65 | 57,393.71 |
| 03/03/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 57.26 | 57,336.45 |
| | | | Page Subtotals | | 57,446.27 | 109.82 | |

LFORM24

Ver: 22.04a

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6

| Case No: | 15-41000 -TAB | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | AGRI-FINE, INC. | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0062  Checking Account |
| Taxpayer ID No: | *******5514 | | |
| For Period Ending: | 03/31/22 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/02/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 63.31 | 57,273.14 |
| 04/13/21 | 30 | Eriksen M. Hoelzeman<br>9522 N. 650 E.<br>New Carlisle, IN 46552 | | 1241-000 | 10,000.00 | | 67,273.14 |
| 05/03/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 67.25 | 67,205.89 |
| 05/24/21 | 30 | Eriksen M. Hoelzeman<br>9522 N. 650 E.<br>New Carlisle, IN 46552 | | 1241-000 | 2,500.00 | | 69,705.89 |
| 06/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 74.74 | 69,631.15 |
| 07/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 74.40 | 69,556.75 |
| 07/12/21 | 30 | Eriksen M. Hoelzeman<br>P.O. Box 322<br>New Buffalo, MI 49117 | | 1241-000 | 2,500.00 | | 72,056.75 |
| 07/12/21 | 30 | Eriksen M. Hoelzeman<br>P.O. Box 322<br>New Buffalo, MI 49117 | | 1241-000 | 2,500.00 | | 74,556.75 |
| 08/02/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 80.18 | 74,476.57 |
| 08/23/21 | 30 | Eriksen M. Hoelzeman<br>P.O. Box 322 | | 1241-000 | 5,000.00 | | 79,476.57 |

Page Subtotals    22,500.00    359.88

LFORM24

Ver: 22.04a

FORM 2

Page: 7

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-41000 -TAB | | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|
| Case Name: | AGRI-FINE, INC. | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0062  Checking Account |
| Taxpayer ID No: | *******5514 | | | |
| For Period Ending: | 03/31/22 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | New Buffalo, MI 49117 | | | | | |
| 08/23/21 | 30 | Eriksen M. Hoelzeman<br>P.O. Box 322<br>New Buffalo, MI 49117 | | 1241-000 | 5,000.00 | | 84,476.57 |
| 09/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 85.08 | 84,391.49 |
| 10/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 90.17 | 84,301.32 |
| 11/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 93.08 | 84,208.24 |
| 11/19/21 | 30 | Eriksen M. Hoelzeman<br>P.O. Box 322<br>New Buffalo, MI 49117 | | 1241-000 | 10,000.00 | | 94,208.24 |
| 12/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 93.18 | 94,115.06 |
| * 12/17/21 | 30 | Eriksen M. Hoelzeman<br>P.O. Box 322<br>New Buffalo, MI 49117 | | 1141-003 | 15,000.00 | | 109,115.06 |
| 01/03/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 105.52 | 109,009.54 |
| 01/06/22 | 31 | Oak Point Partners<br>5215 Old Orchard Road, Suite 1000<br>Skokie, IL 60077 | | 1229-000 | 5,000.00 | | 114,009.54 |
| 01/25/22 | 30 | Eriksen M. Hoelzeman | | 1241-000 | 15,000.00 | | 129,009.54 |
| | | | Page Subtotals | | 50,000.00 | 467.03 | |

LFORM24

Ver: 22.04a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 8

| Case No: | 15-41000 -TAB | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | AGRI-FINE, INC. | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0062  Checking Account |
| Taxpayer ID No: | *******5514 | | |
| For Period Ending: | 03/31/22 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | P.O. Box 322<br>New Buffalo, MI 49117 | | | | | |
| 02/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 110.93 | 128,898.61 |
| * 02/03/22 | 30 | Eriksen M. Hoelzeman<br>P.O. Box 322<br>New Buffalo, MI 49117 | VOID | 1141-003 | -15,000.00 | | 113,898.61 |
| 02/09/22 | 004004 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Bond #016073584 | 2300-000 | | 45.25 | 113,853.36 |
| 03/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 113.57 | 113,739.79 |

```
                                          COLUMN TOTALS              114,946.27      1,206.48       113,739.79
                                 Less: Bank Transfers/CD's             42,446.27          0.00
                                          Subtotal                      72,500.00      1,206.48
                                 Less: Payments to Debtors                                 0.00
                                          Net                           72,500.00      1,206.48
                                                                                        NET              ACCOUNT
                                   TOTAL - ALL ACCOUNTS         NET DEPOSITS     DISBURSEMENTS          BALANCE
          Checking Account (Non-Interest Earn - ********2820           43,472.35      1,026.08             0.00
                           Checking Account - ********0062             72,500.00      1,206.48        113,739.79
                                                                -----------------  ---------------   ---------------
                                                                      115,972.35      2,232.56        113,739.79
                                                                ===============   ===============   ===============
                                                                (Excludes Account  (Excludes Payments   Total Funds
                                                                    Transfers)       To Debtors)         On Hand

                                          Page Subtotals              -15,000.00        269.75
```

Ver: 22.04a

LFORM24

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 9

| Case No: | 15-41000 -TAB | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | AGRI-FINE, INC. | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0062  Checking Account |
| Taxpayer ID No: | *******5514 | | |
| For Period Ending: | 03/31/22 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account (Non-Interest Earn - ********2820
Checking Account - ********0062

Trustee's Signature: /s/  R. SCOTT ALSTERDA   Date: 04/29/22
R. SCOTT ALSTERDA

Page Subtotals    0.00    0.00

Ver: 22.04a

LFORM24